# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 7289 | **DATE** | 9/19/2012 |
| **CASE TITLE** | RJ , et al vs. Bishop | | |

**DOCKET ENTRY TEXT**

Hearing held on motion for appointment of next friend (10).  Motion is granted.  Motion for class certification is entered and continued to 9/26/2012 at 9:30 AM.  (12).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|