UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

R. J., et al.
                    Plaintiff,

v.                                          Case No.: 1:12–cv–07289
                                                  Honorable Matthew F. Kennelly

Arthur D Bishop
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2013:

      MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held and continued to 2/27/2013 at 9:30 AM. Motion for attorney fees is entered and continued to status hearing date [35]. Supplement to motion is to be filed by 2/20/2013. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.