UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R.J., B.W., D.F., D.G., and M.D., on behalf of themselves and all others similarly situated, by their next friend Jeffrey Shaman, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 12-cv-7289 |
| v. | ) ) | Hon. Matthew F. Kennelly |
| CANDICE JONES, in her official capacity as Director of the Illinois Department of Juvenile Justice, | ) ) ) ) | |
| Defendant. | ) | |

**JOINT SUBMISSION OF MONITORING REPORTS**

Plaintiffs and defendant, by their respective counsel, as required by paragraph 32 of the consent decree in this case (Dkt. No. 33), respectfully submit the attached monitoring reports of Barry Krisberg, Ph.D. on safety and welfare issues and Peter Leone, Ph.D. on education issues.

DATED: October 30, 2015                                        Respectfully submitted,

**For the plaintiffs:**                                                    **For the defendant:**

By: /s/ Lindsay S. Miller                                          By: /s/ Michael T. Dierkes

Harvey Grossman
Benjamin S. Wolf
Camille Bennett
Lindsay S. Miller
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue, Suite 2300
Chicago, IL 60601
(312) 201-9740

Michael T. Dierkes
Office of the Illinois Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, IL 60601
(312) 814-3672

Maja C. Eaton
Kevin M. Fee, Jr.
Joseph R. Dosch
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000