UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R.J., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JESSE MONTGOMERY, Acting Director )<br>of the Illinois Department of Juvenile )<br>Justice, )<br>)<br>Defendant. ) | Case No. 12-CV-07289<br><br>Judge Matthew F. Kennelly |

## ORDER AWARDING FEES, COSTS AND EXPENSES

This matter comes before the Court on plaintiffs' unopposed motion for an award of $197,500.00 in attorney fees, taxable costs and non-taxable expenses for all work in this case during the 12-month period from April 8, 2014 (the day after this Court entered the Remedial Plan) through April 24, 2015 (the day the Court approved the new confinement policies). Plaintiffs bring this motion pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, and also the Consent Decree in this case, which provides that plaintiffs are entitled to their reasonable fees, costs and expenses. Having review the motion and all other appropriate materials:

1. The Court holds that the plaintiff class has received notice of their counsel's request in "a reasonable manner," as required by Rule 23(h)(1). Specifically, the class notice in the fall of 2012 regarding the proposed decree states that "the IDJJ would pay the lawyers for the youth class for their work in this case." Dkt. 12-2 at p. 2.

2. The Court finds, pursuant to Rule 23(h)(3), and based on the parties' agreement, that $197,500.00 in fees, costs and expenses is reasonable.

3. The Court awards plaintiffs $197,500.00 in attorney fees, taxable costs and non-taxable expenses for all work in this case through April 24, 2015.

DATED: June 30, 2016

*[signature]*
United States District Judge