UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R.J., B.W., D.F., D.G., and M.D., on behalf of themselves and all others similarly situated, by their next friend Jeffrey Shaman,<br><br>        Plaintiffs,<br><br>   v.<br><br>JESSE MONTGOMERY, in his official capacity as Acting Director of the Illinois Department of Juvenile Justice,<br><br>        Defendant. | Case No. 12-cv-7289<br><br>Hon. Matthew F. Kennelly |

**JOINT SUBMISSION OF MONITORING REPORTS**

Plaintiffs and defendant, by their respective counsel, as required by paragraph 32 of the consent decree in this case (Dkt. No. 33), respectfully submit the attached monitoring reports of Barry Krisberg, Ph.D. on safety and welfare issues and Peter Leone, Ph.D. on education issues.

DATED: November 9, 2016　　　　　　　　　Respectfully submitted,

**For the plaintiffs:**　　　　　　　　　　　　**For the defendant:**

By: /s/ Lindsay S. Miller　　　　　　　　　　By: /s/ Michael T. Dierkes

Harvey Grossman　　　　　　　　　　　　　Michael T. Dierkes
Benjamin S. Wolf　　　　　　　　　　　　　Office of the Illinois Attorney
Camille Bennett　　　　　　　　　　　　　　General
Lindsay S. Miller　　　　　　　　　　　　　 General Law Bureau
Roger Baldwin Foundation of ACLU, Inc.　　100 West Randolph Street, 13th Floor
180 North Michigan Avenue, Suite 2300　　 Chicago, IL 60601
Chicago, IL 60601　　　　　　　　　　　　 (312) 814-3672
(312) 201-9740

Maja C. Eaton
Kevin M. Fee, Jr.
Joseph R. Dosch
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000