# EXHIBIT A

**Mahoney, Marron**

| | |
|---|---|
| **From:** | Ballard, Tony |
| **Sent:** | Wednesday, December 07, 2016 8:06 AM |
| **To:** | DOC.DL-Juvenile Executive Staff |
| **Subject:** | 6-2 Operational Needs 12-7-2016 |

Needs: **12/07/16** on the **6-2** shift: Facility Count currently = **122**

Total staff assigned to the shift = **8** Supervisors / **74** Specialists, (**0** Non-assigned interns)
Total staff needed (for Shift to be fully-operational): **2** Supervisors / **38** Specialists
Staff on Duty: **3** Supervisors + **35** Specialists Total= **38**

**Staff Not On Duty/ Reasons why (scheduled & unforeseen)**
**00**-Sick Personal/Sick Family
**00**-Personal Business
**08**-Extended Benefit
**05**-LOA
**00**-Paternity
**00**-Military
**01**-Temporary Assigned
**01**-Vacation (1 Supervisor)
**02**-Comp (1 Specialist-1 Supervisor)
**01**-Holiday
**02**-Departmental Training
**01**-Union Business
**04**-Suspension (Lock-out-R)
**00**-A1
**23**-Days Off
**02**-Staff on Writs
**01**-light duty (**Washington Cottage**)
00-Other (explanation if other than above)

Overtime & Mandation
Overtime Held: **4** Specialist, (29.5 hrs) / **0** Supervisors (**0**hr Shift)
Mandation Held: **0** Specialists
Mandation Refusals: **0** Specialists

Posts Closed
**Movement**
**Kennedy B-Wing**
**Adams B-Wing**

Operational Movement
**2** Cottages on restricted movement
Kennedy- Recreating on the Cottage Rec
Adams- Moving To Dietary and Participating In School

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

**Mahoney, Marron**

| | |
|---|---|
| **From:** | Wilkie, Frank |
| **Sent:** | Thursday, December 01, 2016 7:33 AM |
| **To:** | DOC.DL-Juvenile Executive Staff |
| **Cc:** | House, Jamie; Theleritis, Thomas; Nutsukpui, Bernard; Kempf, Stacey; Wilkie, Frank |
| **Subject:** | IYC Pere Marquette Operational Needs Report 6am-2pm 12/01/2016 |

Operational Needs: 12-01-16 on the 6-2 shift: Facility Count currently = 37

Total staff assigned to the shift = 02 Supervisors, 15 Specialists, ( 00 Non-assigned interns)
Total staff needed for Shift to be fully-operational: 01 Supervisors, 07 Specialists
Staff On Duty: 02 Supervisors + 07 Specialists Total= 9

Staff Not On Duty/ Reasons why (scheduled & unforeseen)
00-Sick Personal/Sick Family
00-Personal Business
00-Extended Benefit
00-LOA
00-Maternity
01-Military
00-Temporary Assigned
00-Vacation
00-Comp
01-Holiday
00-Departmental Training
00-Union Business
00-Suspension (Lock-out-R)
02-A1
04-Days Off
00-Writs
00-light duty (Mailroom)
02-youth build

 Overtime & Mandation
Overtime Held: 0 Specialists 0 supervisor
Mandation Held: 0 Specialists
Mandation Refusals: 0 Specialists

Posts Closed
none

Operational Movement
0 Cottages on restricted movement(Fully operational)



Frank Wilkie
Juvenile Justice Supervisor
IYC Pere Marquette

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.