# EXHIBIT B

## DJJ Education Data

### Students Enrolled in School

|  | 1/16 | 2/16 | 3/16 | 4/16 | 5/16 | 6/16 | 7/16 | 8/16 | 9/16 | 10/16 |
|---|---|---|---|---|---|---|---|---|---|---|
| *Chicago* | 50 | 48 | 45 | 53 | 52 | 64 | 71 | 69 | 69 | 62 |
| *Harrisburg* | 80 | 75 | 86 | 74 | 68 | 68 | 93 | 103 | 101 | 84 |
| *Kewanee* | 61 | 46 | 31 | 29 | 22 | 18 | - | - | - | - |
| *Pere Marquette* | 25 | 26 | 29 | 28 | 34 | 30 | 29 | 19 | 20 | 20 |
| *St. Charles* | 102 | 100 | 102 | 94 | 94 | 92 | 90 | 90 | 97 | 102 |
| *Warrenville* | 10 | 13 | 21 | 33 | 36 | 33 | 37 | 29 | 31 | 31 |
| **IDJJ Total** | 328 | 308 | 314 | 311 | 306 | 305 | 320 | 310 | 318 | 299 |

### Teachers Employed

|  | 1/16 | 2/16 | 3/16 | 4/16 | 5/16 | 6/16 | 7/16 | 8/16 | 9/16 | 10/16 |
|---|---|---|---|---|---|---|---|---|---|---|
| *Chicago* | 8 | 9 | 9 | 9 | 10 | 10 | 10 | 9 | 10 | 10 |
| *Harrisburg* | 17 | 18 | 17 | 16 | 18 | 17 | 18 | 19 | 19 | 19 |
| *Kewanee* | 17 | 17 | 16 | 16 | 15 | 14 | - | - | - | - |
| *Pere Marquette* | 4 | 4 | 5 | 6 | 6 | 6 | 6 | 5 | 5 | 5 |
| *St. Charles* | 18 | 20 | 20 | 19 | 17 | 15 | 13 | 10 | 11 | 11 |
| *Warrenville* | 7 | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **IDJJ Total** | 71 | 75 | 75 | 74 | 74 | 70 | 55 | 51 | 53 | 53 |

### General Education Student to Teacher Ratio

|  | 1/16 | 2/16 | 3/16 | 4/16 | 5/16 | 6/16 | 7/16 | 8/16 | 9/16 | 10/16 |
|---|---|---|---|---|---|---|---|---|---|---|
| *Chicago* | 7 | 6 | 6 | 7.4 | 6 | 6.5 | 7.5 | 7.7 | 6.3 | 4.7 |
| *Harrisburg* | 5.6 | 4.9 | 5.9 | 5.3 | 4.3 | 4.3 | 5.8 | 5.6 | 5.6 | 4.4 |
| *Kewanee* | 1.8 | 1.2 | 1.3 | 1.3 | 1 | 1.1 | - | - | - | - |
| *Pere Marquette* | 6 | 5 | 4.7 | 4.7 | 6.7 | 7 | 5 | 4.3 | 5.3 | 4.7 |
| *St. Charles* | 8.2 | 5.9 | 5.2 | 5.8 | 7.1 | 8.3 | 9.7 | 11.8 | 12.5 | 12.3 |
| *Warrenville* | 1.4 | 1.6 | 2.8 | 4.8 | 5.4 | 5.2 | 5.2 | 5 | 3.8 | 3.4 |
| **IDJJ Average** | **5.0** | **3.9** | **4.1** | **4.5** | **4.6** | **4.9** | **6.9** | **6.9** | **6.8** | **5.9** |

### Special Education Student to Teacher Ratio

|  | 1/16 | 2/16 | 3/16 | 4/16 | 5/16 | 6/16 | 7/16 | 8/16 | 9/16 | 10/16 |
|---|---|---|---|---|---|---|---|---|---|---|
| *Chicago* | 5 | 4.5 | 3.8 | 4 | 4 | 6.3 | 6.5 | 7.7 | 8.3 | 9.7 |
| *Harrisburg* | 5.8 | 5.1 | 6.5 | 6.4 | 5.8 | 5.8 | 6.8 | 8.8 | 8.5 | 7.3 |
| *Kewanee* | 9.5 | 7.8 | 3.8 | 3.3 | 2.8 | 1.8 | - | - | - | - |
| *Pere Marquette* | 13 | 11 | 7.5 | 4.7 | 4.7 | 3 | 4.7 | 3.0 | 2.0 | 3 |
| *St. Charles* | 2.9 | 5.6 | 5.7 | 4.3 | 5 | 4.3 | 3.7 | 6.3 | 5.5 | 7 |
| *Warrenville* | 1.5 | 2.5 | 2.3 | 3 | 3 | 2.3 | 3.7 | 3.0 | 4.0 | 4.7 |
| **IDJJ Average** | **5.4** | **5.6** | **5.0** | **4.4** | **4.4** | **4.1** | **5.2** | **6.5** | **6.3** | **6.7** |