# EXHIBIT C

Illinois Department of Juvenile Justice

# MONTHLY STAFFING REPORT

IYC _____

Youth: _____  YIN: _____  Staffing Date: _____

Current TRD: _____  Original TRD: _____  Annual Review: _____

**PROGRAM REVIEW:**

**YASI Goals:**

*Completion of YASI Goal earns 14 days TRD reduction*

**Goal #1**

| Date Assigned | Goal Description | Completion Date |
|---|---|---|
|  |  | ☐Yes  ☐No |

Overall Progress:   Poor   ☐1   ☐2   ☐3   ☐4   ☐5   Excellent

**Goal #2**

| Date Assigned | Goal Description | Completion Date |
|---|---|---|
|  |  | ☐Yes  ☐No |

Overall Progress:   Poor   ☐1   ☐2   ☐3   ☐4   ☐5   Excellent

**Goal #3**

| Date Assigned | Goal Description | Completion Date |
|---|---|---|
|  |  | ☐Yes  ☐No |

Overall Progress:   Poor   ☐1   ☐2   ☐3   ☐4   ☐5   Excellent

**New YASI Goals:**

1. _____
2. _____
3. _____    **YASI REDUCTIONS EARNED THIS REVIEW: _____**

**Education/Vocational/Life Skills:** Last grade completed _____     * *Requires Release Review*

Educational Goal: ☐ 8th Grade (14 Day TRD Reduction)  ☐High School (30 Day TRD Reduction)*  ☐GED (30 day TRD Reduction)*

☐Other - Youth Build, Completion of College/Vocational Course (30 Day TRD Reduction)*: _____

Date Assigned: _____   Class 1: _____   Grade: _____
            Unsatisfactory   ☐      Satisfactory  ☐      Completed ☐

Date Assigned: _____   Class 2: _____   Grade: _____
            Unsatisfactory   ☐      Satisfactory  ☐      Completed ☐

Date Assigned: _____   Class 3: _____   Grade: _____
            Unsatisfactory   ☐      Satisfactory  ☐      Completed ☐

Date Assigned: _____   Class 4: _____   Grade: _____
            Unsatisfactory   ☐      Satisfactory  ☐      Completed ☐

Date Assigned: _____   Class 5: _____   Grade: _____
            Unsatisfactory   ☐      Satisfactory  ☐      Completed ☐

Date Assigned: _____   Class 6: _____   Grade: _____
            Unsatisfactory   ☐      Satisfactory  ☐      Completed ☐

IEP Comments:
            Unsatisfactory   ☐      Satisfactory  ☐      Completed ☐

**EDUCATIONAL REDUCTIONS EARNED THIS REVIEW:_____**

**Leisure Activities:**
    Peer Interactions:    Poor  ☐1  ☐2  ☐3  ☐4  ☐5  Excellent
    Sportsmanship:    Poor  ☐1  ☐2  ☐3  ☐4  ☐5  Excellent
    Interests: _____

**Job Assignment:**
    Is youth working: ☐Yes ☐No  Job Assignment: _____
    Start Date: _____
    Job Performance: Poor  ☐1  ☐2  ☐3  ☐4  ☐5  Excellent
    Supervisor Comments: _____
    _____
    Assignment Supervisor: _____

**Living Unit Compliance:**
    Room Cleanliness:  Poor  ☐1  ☐2  ☐3  ☐4  ☐5  Excellent
    Hygiene Compliant:  Poor  ☐1  ☐2  ☐3  ☐4  ☐5  Excellent
    Peer Interactions:  Poor  ☐1  ☐2  ☐3  ☐4  ☐5  Excellent
    JJS Comments: _____
    _____
    JJS(s) Present: _____

**Mental Health:**
    Treatment Plan Reviewed:  ☐Yes  ☐No  ☐N/A
    Compliance with Treatment Plan:  Poor  ☐1  ☐2  ☐3  ☐4  ☐5  Excellent

**Structured Program Groups:**
*TRD reduction is assigned based on group (Anger Mgt., SPARCS, Thinking for a Change, Life Skills) 14 days*

**Group #1**

| Date Assigned | Goal Description | Completion Date |
|---|---|---|
| | | ☐Yes ☐No |

Overall Progress:  Poor  ☐1  ☐2  ☐3  ☐4  ☐5  Excellent

**Group #2**

| Date Assigned | Goal Description | Completion Date |
|---|---|---|
| | | ☐Yes ☐No |

Overall Progress:  Poor  ☐1  ☐2  ☐3  ☐4  ☐5  Excellent

**Group #3**

| Date Assigned | Goal Description | Completion Date |
|---|---|---|
| | | ☐Yes ☐No |

Overall Progress:  Poor  ☐1  ☐2  ☐3  ☐4  ☐5  Excellent

Comments: _____

                              **STRUCTURED PROGRAM REDUCTIONS EARNED THIS REVIEW: _____**

**Substance Abuse Treatment/Education:**
*TRD reduction of 7 days upon completion of each phase; completion of treatment requires Release Review.*
    SA Programmed: ☐Yes     ☐No

| Date Assigned | Phase: ☐1    ☐2    ☐3    ☐4 | Completion Date |
|---|---|---|
| | | ☐Yes    ☐No |

Overall Progress:   Poor    ☐1     ☐2     ☐3     ☐4     ☐5     Excellent
     Substance Education (7 day TRD reduction):    ☐Completed    ☐In-progress    ☐Non-completed      ☐Refused
Comments: _____
                            **SUBSTANCE ABUSE PROGRAM REDUCTIONS EARNED THIS REVIEW: _____**


**Juvenile Sex Offender Treatment:**
*TRD reduction of 30 days upon completion of JSO treatment; completion of treatment requires Release Review.*
    JSO Programmed: ☐Yes     ☐No

| Date Assigned | | Completion Date |
|---|---|---|
| | | ☐Yes    ☐No |

Overall Progress:   Poor    ☐1     ☐2     ☐3     ☐4     ☐5     Excellent
Comments: _____
                     **JUVENILE SEX OFFENDER PROGRAM REDUCTIONS EARNED THIS REVIEW: _____**


**BEHAVIORAL REVIEW:**
*TRD reduction of 7 days for 28 consecutive "A" or no major rule violations.*
1. Last major ticket received: _____
2. Current Grade Level: _____    If level "A", what is the start date: _____
3. Any TRD reductions in the last month: ☐Yes       ☐No
4. Balance and Restorative Justice Contracts: ☐Yes      ☐No
   If yes, please complete the following: Date of YDR: _____   PRB Delay:_____   Contract Date:_____
   Project: _____ _ Proposed Completion Date: _____
   Progress:   ☐Completed      ☐In-progress    ☐Non-completed      ☐Refused
   Comment: _____
                           **BEHAVIORAL PROGRAM REDUCTIONS EARNED THIS REVIEW: _____**

**PLACEMENT STATUS:**

      ☐1  ☐2  ☐3  ☐4  ☐5  ☐6     ☐Approved   ☐Investigative Status  ☐Pending  ☐Denied*
NOE Status:     ☐Mailed on _____   ☐Scheduled to be mailed on _____
Victim Notification:    ☐Yes, if yes PRB has been notified on: _____     ☐No, will be mailed on _____  ☐N/A
Residing with: _____
Relationship: _____
Address: _____
District: _____
Aftercare Specialist: _____     Present:  ☐Yes     ☐No  ☐Present by Phone/Video Conf.
Parent/Guardian:_____     Present:  ☐Yes     ☐No  ☐Present by Phone/Video Conf.
*If denied what action is being taken:
_____
Barrier(s):_____

3

**PARENT/GUARDIAN CONCERNS:**
_____
_____
_____

**YOUTH CONCERNS:**
_____
_____
_____

**AFTERCARE TRANSITION PROGRAM:**

☐ No  ☐ Yes  Completion Date: _____
If no, when is youth schedule for program: _____

**GENERAL COMMENTS:**
_____
_____
_____
_____

**ANTICIPATED CHANGE IN TRD PIOR TO NEXT STAFFING (Program/Reduction):**
_____


**RELEASE REVIEW RECOMMENDATION:**
☐ No  ☐ Yes (please indicate type)
☐ TRD  ☐ Annual  ☐ Max Release  ☐ HS Grad/GED  ☐ Sub. Abuse Comp.  ☐ JSO Comp.  ☐ Other: _____

**STAFFING ATTENDANCE:**

|  |  |
|---|---|
|  | Youth & Family Specialist |
|  | Juvenile Justice Specialist |
|  | Mental Health Representative |
|  | Education Representative |
|  | Leisure Time |
|  | Substance Abuse Representative |
|  | Aftercare Specialist |
|  | Other |
|  | Other |
|  | Other |

**ANTICIPATED DATE OF NEXT STAFFING:** _____

4