# EXHIBIT D

**IYC HARRISBURG RECREATION SCHEDULE**

**UNIT 3**

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | Actual Activity |
|---|---|---|---|---|---|---|
| 6:00am – 7:00 am | Verified Count Wake Up Youth | Verified Count Wake Up Youth | Verified Count Wake Up Youth | Verified Count Wake Up Youth | Verified Count Wake Up Youth | |
| 7:00am – 8:30am | Breakfast | Breakfast | Breakfast | Breakfast | Breakfast | |
| 8:30am – 11:45am | School | School | School | School | School | |
| 11:45am – 12:30pm | Lunch | Lunch | Lunch | Lunch | Lunch | |
| 12:30pm – 3:45pm | School | School | Day Room Recreation | School | School | |
| 3:45pm – 4:30pm | Day Room Recreation / Cleaning / Phone Calls | Day Room Recreation / Cleaning / Phone Calls | Gym 4-5pm | Day Room Recreation / Cleaning / Phone Calls | Day Room Recreation / Cleaning / Phone Calls | |
| 4:30pm – 5:30pm | Dinner | Dinner | Dinner | Dinner | Dinner | |
| 5:30pm – 7:00pm | Bible Study/Day Room Recreation / Cleaning / Phone Calls | Day Room Recreation / Cleaning / Phone Calls | Day Room Recreation / Cleaning / Phone Calls | Day Room Recreation / Cleaning / Phone Calls | Movie | |
| 7:00pm – 8:30pm | Bible Study/Day Room Recreation / Cleaning / Phone Calls | Day Room Recreation / Cleaning / Phone Calls | Day Room Recreation / Cleaning / Phone Calls | Day Room Recreation / Cleaning / Phone Calls | Movie | |
| 8:30pm – 9:45pm | Showers / Cleaning | Showers / Cleaning | Showers / Cleaning | Showers / Cleaning | Showers / Cleaning | |
| 9:45pm – 10:00pm | End of Shift Count | End of Shift Count | End of Shift Count | End of Shift Count | End of Shift Count | |

Submit to COS

## ST CHARLES-ADAMS COTTAGE MASTER SCHEDULE

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| 6:00 - 6:30AM | Shift Change | Shift Change | Shift Change | Shift Change | Shift Change | Shift Change | Shift Change |
| 6:30 -7:00AM | Room Cleaning Room Inspection | Room Cleaning Room Inspection | Room Cleaning Room Inspection | Room Cleaning Room Inspection | Room Cleaning Room Inspection | Room Cleaning Room Inspection | Room Cleaning Room Inspection |
| 7:00 - 9:00AM | Cottage Recreation Breakfast | Cottage Recreation Breakfast | Cottage Recreation Breakfast | Cottage Recreation Breakfast | Cottage Recreation Breakfast | **\*Cottage Recreation** Breakfast | **\*Cottage Recreation** Breakfast |
| 9:00 - 11:30AM | School | School | School | School | School | Cottage Recreation | Cottage Recreation |
| 11:30 - 1:00PM | Cottage Recreation Lunch | Cottage Recreation Lunch | Cottage Recreation Lunch | Cottage Recreation Lunch | Cottage Recreation Lunch | **\*Cottage Recreation** Lunch | **\*Cottage Recreation** Lunch |
| 1:00 - 3:30PM | School | School | School | School | School | Cottage Recreation | Cottage Recreation |
| | **\*NON-SCHOOL DAY SCHEDULE** | | VC GYM @ 07:00-08:00AM | | TC @ 08:15-09:15AM | TY @ 12:00-1:00PM | |
| 3:30 - 5:30PM | Cottage Recreation Dinner | Cottage Recreation Dinner | Cottage Recreation Dinner | Cottage Recreation Dinner | Cottage Recreation Dinner | Cottage Recreation Dinner | Cottage Recreation Dinner |
| 5:30 - 7:30PM | Level ABC Recreation **\*School Gym** Level C Showers | Level ABC Recreation **\*VC Gym** Level C Showers | Level ABC Recreation **\*TC** Level C Showers | Level ABC Recreation **\*School Gym** Level C Showers | Level ABC Recreation **\*VC Gym** Level C Showers | Level ABC Recreation **\*TC** Level C Showers | Level ABC Recreation Level C Showers |
| 7:30 - 8:30PM | Level AB Recreation Level B Showers | Level AB Recreation Level B Showers | Level AB Recreation Level B Showers | Level AB Recreation Level B Showers | Level AB Recreation Level B Showers | Level AB Recreation Level B Showers | Level AB Recreation Level B Showers |
| 8:30 - 9:30PM | Level A Recreation Level A Showers | Level A Recreation Level A Showers | Level A Recreation Level A Showers | Level A Recreation Level A Showers | Level A Recreation Level A Showers | Level A Recreation Level A Showers | Level A Recreation Level A Showers |
| 9:30 - 10:00PM | Shift Change | Shift Change | Shift Change | Shift Change | Shift Change | Shift Change | Shift Change |
| | **\*EVENING RECREATION SCHEDULE** | School Gym M/Th @ 6:00-6:45PM | | VC Gym Tu/F @ 6:00-6:45PM | | TC W/Sa @ 6:00-6:45PM | |

School Gym = Sam Sublet School Gym
VC Gym = Visiting Center Gym
TY = Taylor Yard
TC = Teen Center

**START AND STOP TIMES FOR RECREATION OFF THE COTTAGE ARE SET TIMES AND BEING LATE DEDUCTS FROM YOUR TIME…BE PROMPT!**