# EXHIBIT I

# Mahoney, Marron

| | |
|---|---|
| **From:** | Johnson Sr., Darrell |
| **Sent:** | Thursday, September 22, 2016 4:10 PM |
| **To:** | DOC.DL-Juvenile Reportable I |
| **Subject:** | Reportable Incident – IYC Chicago – Minor use of Force |

**Subject:** Reportable Incident - IYC Chicago – Minor use of Force

**Reportable Incident – IYC Chicago – Minor use of Force**

Date: 09/22/2016
Time: 3:15 am
Location: C-unit Dayroom
Type of Incident: Minor use of Force

Youth Name:
Youth #:
Race: Hsp
Age: 17
Height: 509
Weight: 146
STG: "La Familia"
County: Cook


**Narrative**: On 09/22/2016 @ approximately 3:15 pm Youth ▇ was offered his evening routine shower by the wing staffs (J. Alexander and L. Bryant). Youth ▇ refused his shower and began walking around the dayroom uttering incoherent statements. Youth ▇ then walked in the personal space of Specialist J. Alexander stating, "I'll break this phone and I'll beat your bitch ass" J. Alexander radioed the Shift Supervisor F. Jones for assistance, F. Jones who has a decent rapport with youth ▇ attempted to deescalate youth ▇ and restructure youth ▇ to follow program to no avail. Youth ▇'s YFS, Z. Shahid was summoned to support him ▇, YFS Z. Shahid attempted to refocus youth ▇ on the November board, encouraging him to make a wise decision to no avail. The Chief of Security D.A. Johnson, Sr. was radioed for additional support. The COS attempted to reason with youth ▇ encouraging age appropriate behavior, youth ▇s response was, "we gone do this shit every day." The COS inquired as to how many supports were summoned. Intel Supervisor Brown (who was on the scene and who prior to also attempted to verbally deescalate the student) stated, "everyone except his drug counselor, Mental Health is currently in a meeting." The COS gave youth ▇ a controlled choice encouraging him to receive Wells Center Supervisor's J.Oh's support and continue with program accordingly. All unnecessary Support staff on the scene were removed to decrease the stress and anxiety and allow the student time to make a wise decision. The COS eventually returned with the Youth Support Team; Intel Supervisor J. Brown made an additional attempt to encourage compliance to no avail. The COS directed staff to escort youth ▇ to his room, to which youth ▇ began to walk independently to his room. Staff attempted to close the door and youth ▇ would not allow, sticking his foot in the doorway. To avoid injury to staff and student, staff were directed to place youth ▇ on his bed, without restraints and allow him to calm down by minimizing his hand and arm movement. After 7 minutes of verbal de-escalation and a brief time of absolute silence the youth calm down and staff were able to exit the room without incident. No mechanical restraints were used.

1

**Disposition:** Youth was seen by Medical Staff, youth stated he was alright and refused additional medical follow up. No staff injuries reported at this time. Mr. Patrick Keane was advised.

**Staff Involved**: JJS O. Berdiel, JJS Santiago, JJSup/IA J. Brown, YFS Z. Shahid, Wells Center Supervisor J. OH, CSS O. Jamison, FSMP D. Daniel, and COS D.A. Johnson, Sr.

**Reporter**: COS D.A. Johnson, Sr.

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

# Mahoney, Marron

| | |
|---|---|
| **From:** | Smith, Janice M. |
| **Sent:** | Monday, November 14, 2016 6:06 PM |
| **To:** | DOC.DL-Juvenile Reportable I |
| **Subject:** | Reportable Incident - HRB - Fight - 11/06/2016 |

Date: 11/14/2016
Time: 2:45 pm
Location: GYM
Type of Incident: Youth on Youth Fight

Youth Name: ▒▒▒▒▒▒▒▒
Youth #: ▒▒▒▒▒
Race: BLK
Age: 16
Height: 5'4"
Weight: 116
STG: Misc
County: Peoria

Youth Name: ▒▒▒▒▒▒▒▒
Youth #: ▒▒▒▒▒
Race: BLK
Age: 14
Height: 5'3"
Weight: 106
STG: NONE KNOWN
County: CHAMPAIGNE

Narrative: On 11/14/2016 @ approximately 2:45 pm during GYM class, Youth ▒▒▒▒▒▒▒▒ and Youth ▒▒▒▒▒▒▒▒ began throwing closed fist punches at each other. At that time JJSI J Browning called a 10-10 over the Radio. While using CPI techniques JJSI Browning along with PE Teacher Grey stepped between and separated youth who were then moved to separate areas of Gym. Once they were a safe distance from each other Youth ▒▒▒ ran across the Gym Floor and began fighting again with Youth ▒▒▒▒. JJSI Browning Radioed a 2nd 10-10, both Youth were again separated and to avoid any further incidents they were both placed in mechanical restraints. Youth were then escorted back to their respective units upon arrival the restraints were removed and they were placed in their individual rooms where they were evaluated by Nurse Wallace. Youth ▒▒▒ was placed in restraints at 251pm by JJS Smith and removed by him at 254pm. Youth ▒▒▒▒▒ was restrained at 251pm by JJ Supv Prince and were removed by JJS Spurlin at 254pm. Both Youth were evaluated by Nurse Wallace for injuries and the use of restraints no injuries are reported.

Disposition: Both Youth were placed in their rooms on time out and will receive a Youth Discipline Report for 301-Fighting. Mr. Patrick Keane, DAO Price, IA, Intel, Health Care and the youth's YFS will be notified of the incident. The Unit YFS will mediate the incident.

Staff Involved: Educator J Grey, JJSI J. Browing, JJS R. Smith, JJS Spurlin and JJ Supv Prince

Reporter: JJ Supv Janice Smith

JANICE M. SMITH
JUVENILE JUSTICE SUPERVISOR
IYC HARRISBURG
618-252-8681

"We are not in control; principles control. We control our actions, but the consequences that flow from these actions are controlled by principles".
Stephen R. Corey

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.