UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R.J., B.W., D.F., D.G., and M.D., on behalf of themselves and all others similarly situated, by their next friend Jeffrey Shaman, <br><br> Plaintiffs, <br><br> v. <br><br> JESSE MONTGOMERY, in his official capacity as Acting Director of the Illinois Department of Juvenile Justice, <br><br> Defendant. | Case No. 12-cv-7289 <br><br> Hon. Matthew F. Kennelly |

## IDJJ STATUS REPORT REGARDING COMPLIANCE

Pursuant to this Court's December 19, 2016 Order (Dkt. No. 180), Defendant hereby submits the attached status report detailing its position regarding compliance and plans for compliance with respect to each requirement of the remedial plan.

Dated: January 20, 2017

LISA MADIGAN
Attorney General of Illinois

Respectfully submitted,

*/s/ Michael T. Dierkes*

Michael T. Dierkes
Office of the Illinois Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3672

Counsel for Defendant