**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| R.J. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-7289 |
| | ) | |
| HEIDI MUELLER, | ) | Hon. Matthew F. Kennelly |
| | ) | |
| Defendant. | ) | |

**ILLINOIS DEPARTMENT OF JUVENILE JUSTICE'S COMPLIANCE REPORT**

Set forth below are provisions from the Remedial Plan, entered April 7, 2014 (Dkt. 73), and the Illinois Department of Juvenile Justice's ("DJJ" or "Department") report of compliance.

Based on the Department's assessment, it is in substantial compliance with 27 out of 40 of the Remedial Plan requirements; is in partial compliance with 12 out of 40 of the Remedial Plan requirements; and is out of compliance with one requirement.

**REMEDIAL PLAN PART II: MENTAL HEALTH SERVICES**

1. **Licensed Physician Medical Director:** DJJ shall enter into a contract with a licensed physician to serve as DJJ medical director.

    *Report: Substantial Compliance*

    - Dr. Justin Kwak is the Department's Medical Director.
    - Dr. Kwak provides oversight of all facilities' health care operations and vendor-provided health care services.
    - Dr. Kwak has developed protocols and procedures for delivery of health care services.

2. **Board-Certified Child and Adolescent Psychiatrist:** DJJ shall enter into a contract with a board-certified child and adolescent psychiatrist to provide oversight of all psychiatric services in all DJJ facilities.

    *Report: Not in Compliance*

    DJJ has struggled to fill this position and is looking to alternative solutions. This summer, DJJ hired a child and adolescent psychiatrist but the candidate was unable to receive background clearance. DJJ extended an offer to another child and adolescent psychiatrist to

1

work on a contractual basis, but at this point the offer has not been accepted. To date, recruitment efforts for this position have included DJJ's Medical Director reaching out to every hospital and university in the Midwest with a psychiatric training program, and postings with Adler University, Northern Illinois University, a national mental health and juvenile justice committee, and psychiatric and psychological associations.

As a State agency, DJJ has a disadvantage in recruiting potential candidates. Child and adolescent psychiatrists are in high demand and can command considerable salaries in the private sector. DJJ has increased the compensation package for this position as much as possible, but still may not be able to attract a qualified candidate for this role in the short term.

Alternatively, the Acting Director (former Deputy Director of Programs) and her staff have engaged universities and hospitals to pursue other avenues to seek consultative services for DJJ policies and for specific, challenging youth psychiatric cases. Currently, one promising opportunity exists to partner with a Chicago-area hospital. Resident physicians from the hospital would do a rotation in DJJ's facilities, under the supervision of a hospital attending psychiatrist. Director Mueller will be meeting with the hospital administration in the coming weeks to discuss next steps. DJJ is also asking an Illinois university with an accredited psychiatric program to mirror this program for its Southern facilities.

At the suggestion of the Mental Health Monitor, DJJ researched the anticipated cost for paid advertisements in various professional journals and websites. The Department plans to advertise in the *Journal of the Academy of Child and Adolescent Psychiatry* and the website for PracticeLink. DJJ also sent a copy of the job description to the Mental Health Monitor to circulate to his contacts.

3. **Treatment Unit Administrator Positions**: DJJ shall have qualified full-time treatment unit administrators.

   *Report:  Substantial Compliance*

   - Treatment Unit Administrators have been hired full-time.
   - Treatment Unit Administrators oversee delivery of mental health services at facilities.
   - Treatment Unit Administrators have appropriate Ph.D. or Psy.D degrees.
   - Treatment Unit Administrators have appropriate licensure by State of Illinois.

The Treatment Unit Administrators for each facility are identified in the table below.

| Facility | Treatment Unit Administrator |
|---|---|
| IYC-Chicago | Dr. Cara Murphy was hired in May 2014.  She has worked for IYC-Chicago since 2008, and she holds a Doctor of Psychology and is a licensed clinical psychologist in the state of Illinois. |
| IYC-Harrisburg | Dr. Jon Warshawsky was hired as in September 2015.  He is a licensed clinical psychologist in the state of Illinois and holds a Ph.D. in Psychology. |

| IYC-Pere Marquette | Dr. Charie Motley was hired in February 2015. She is a licensed clinical psychologist in the state of Illinois and holds a Doctor of Psychology degree. |
|---|---|
| IYC-St. Charles | Dr. Kevin Whitson was hired in May 2013. He holds a Doctor of Psychology degree and is a licensed clinical psychologist in the state of Illinois. Dr. Whitson began his work at IYC-St. Charles in 1999 as a psychologist and assumed the role of Acting Treatment Unit Administrator from June 2011 through May 2013 when he was hired permanently for the position. |
| IYC-Warrenville | Dr. Jolene Harbaugh was hired in July 2011. She holds a Ph.D. and is a licensed clinical psychologist in the state of Illinois. |

4. **Mental Health Staffing Levels and Qualifications**: DJJ shall establish appropriate staffing levels and qualifications of mental health professionals.

> *Report:  Substantial Compliance*

- Appropriate staffing levels of mental health professionals have been established.
- Appropriate qualifications of mental health professionals have been established.
- Mental health professionals deliver individual and group therapy based on youth's diagnostic needs and services called for in youth's individualized mental health treatment plan.

Each facility's mental health staff members follow procedures outlined in the Department's Administrative Directive 04.04.101, covering Non-Emergency Mental Health Services.  On May 10, 2016, this Court entered an order outlining the required mental health staff to youth ratios for the Department's facilities and required qualifications for mental health staff. (Dkt. 165.)  The mental health staffing for each facility is specified in the table below.  All facilities report compliance with the ratios and mental health staff qualifications.

| Facility | Mental Health Staffing Levels |
|---|---|
| IYC-Chicago | IYC-Chicago has 4 full-time mental health professionals and 1 Treatment Unit Administrator (TUA) and is meeting the required staffing ratios. |
| IYC-Harrisburg | IYC-Harrisburg has 8 full-time mental health professionals and 1 TUA and is meeting the required staffing ratios. |
| IYC-Pere Marquette | IYC-Pere Marquette has 2 full-time mental health professionals and 1 TUA and is meeting the staffing ratios. |
| IYC-St. Charles | IYC-St. Charles has 7.8 full-time mental health professionals and 1 TUA and is meeting the staffing ratios. |
| IYC-Warrenville | IYC-Warrenville has 5 full-time mental health professionals and 1 TUA and is meeting the staffing ratios. |

5. **Mental Health Records and Hospitalization**: DJJ shall ensure uniform policies for mental health records and youth hospitalization are in place in all facilities.

   *Report: Substantial Compliance*

   - Uniform policies are in place ensuring that DJJ timely requests hospital and other outside mental health records for youth.
   - Uniform policies are in place ensuring that DJJ adequately identifies and assesses youth with significant mental health needs potentially in need of outside hospitalization.

All facilities follow the Department's Administrative Directives 05.05.101 on Youth Reception and Classification Process, 05.05.102 on Reception Status for Youth, and 05.05.105 on Initial Security Classification for Youth. The facilities regularly request the outside medical and mental health records of youth. These policies require staff to provide mental health screenings to youth upon arrival to the facility and mental health services while in the reception and classification unit. The policies also require staff to request clinical and medical records from prior correctional or psychiatric facilities, or mental health service providers. All facilities also follow Administrative Directive 04.04.102 on Emergency Mental Health Services, which outlines procedures for crisis care services and hospital admission. The Department consistently tracks the dates and outcomes of all psychiatric hospitalization reviews.

6. **Individualized Mental Health Treatment Plans and Coordination of Treatment**: DJJ shall ensure uniform policies and procedures for mental health treatment plans and coordination of treatment are in place in all facilities.

   *Report: Partial Compliance*

   - The policies and procedures require development and implementation of an individualized mental health treatment plan for each youth.
   - The policies and procedures require coordination by mental health staff with each other and with other staff in planning treatment, providing treatment, and planning community reentry, including integration with community mental health services.
   - The policies and procedures require family therapy where appropriate, and the Department is working to implement family therapy effectively.

All facilities follow Administrative Directive 04.04.101 on Non-Emergency Mental Health Services. Within 21 days of their arrival to the facilities, youth are assessed and provided treatment plans which are properly documented and reviewed. The treatment plans are reviewed monthly with the youth and with the youth's multidisciplinary team. These procedures are outlined in the Administrative Directive, and facilities utilize the Aftercare Mental Health Services Referral Form (DJJ 0449).

As discussed in more detail later in this report, all facilities conduct monthly staffing meetings including the youth's counselor (Youth and Family Specialist), teachers, mental

4

health professionals and substance abuse counselors, security staff members, and Aftercare staff. These meetings ensure coordination for planning treatment and assessing the youth's progress towards treatment, educational, and behavioral goals. The meetings also allow staff to coordinate placement and community-based treatment as the youth nears release from the facility.

With respect to family therapy, under the Remedial Plan, DJJ is required to provide "family therapy as appropriate" in connection with individualized mental health treatment plans for youth. Dkt. 73, Remedial Plan, Part II, § 6. Although DJJ has taken significant steps to prepare staff to conduct family therapy sessions, it still needs additional time to fully implement it as part of the mental health treatment program.

DJJ's Chief of Mental Health Services has trained all mental health professionals on family therapy through the use of a consultant who has provided intensive training and coaching to mental health staff members for the past year. The consultant conducted eight family therapy workshops (four in the Northern Region and four in the Southern Region), and DJJ currently is exploring extending her contract for additional workshops in 2017. DJJ's Chief of Mental Health Services and the consultant have been conducting phone conversations with facilities each month to assist with implementation.

Despite this support, some DJJ mental health staff members are struggling to implement family therapy effectively. Therapists encounter inherent challenges, including difficulty connecting with other members of the family over the phone when their main responsibility is to serve the individual needs of the youth at the facility. Additionally, family members are often distrustful of DJJ therapists, seeing them as law enforcement agents, further limiting the efficacy of the service. In January 2017, DJJ's mental health department began tracking the specific obstacles to family therapy to better assess what changes need to be made to enhance implementation. Currently, every facility's mental health department has been making family contacts and they all have provided at least some family therapy sessions; IYC-Warrenville and Pere Marquette have had the most success in implementing family therapy to date.[1]

In addition, DJJ's Chief of Mental Health invited an individual who worked in Indiana's juvenile justice system, which has been successful in using family therapy in its programming, to give a presentation to DJJ Executive Staff on improving family engagement. This presentation is being scheduled and is anticipated within the coming weeks. DJJ's Chief of Mental Health is also reviewing a series of webinars on implementing family therapy, sponsored by the Council of Juvenile Correctional Administrators mental health workgroup committee, for possible presentation to facility mental health staff members. Finally, DJJ Executive Staff are considering a possible visit to Indiana facilities where family therapy implementation has been successful.

7. **Medication Consent**: DJJ shall develop revised procedures and forms to ensure that appropriate informed consents are obtained for administration of psychotropic medications.

---

[1] In 2016, IYC-Warrenville reported 165 family therapy sessions; IYC-Pere Marquette reported 27.

*Report:  Partial Compliance*

- The Department is working to implement revised consent forms and procedures.
- The consent forms communicate the diagnosis.
- The consent forms identify the specific goals and potential side effects of the treatment.
- The consent forms provide for documentation of parental, guardian, or youth consent as legally required.
- The consent forms provide for an assent signature for minor youth where consent is provided by a parent or guardian.

The facilities follow the procedures outlined in Department Rule 2415.70, Involuntary Administration of Psychotropic Medication, and Administrative Directive 04.04.101 on Non-Emergency Mental Health Services, including the use of required consent forms (DJJ 0442).

In recent discussions with the Mental Health Monitor, the Department learned that the Mental Health Monitor was unsure whether the Department's current consent form provides sufficient information.  The Department sent a draft informed consent form to the Mental Health Monitor on January 16, 2017 and he approved the form.  The Department plans to implement the new form by February 1, 2017.

8. **Medication Management**:  DJJ shall review and revise, in consultation with the DJJ Medical Director and Child and Adolescent Psychiatrist, its policies and procedures relating to medication management.

*Report:  Partial Compliance*

- Revised policies and procedures are in place.
- The revised policies and procedures need to address the use of stimulant medication for youth with polysubstance abuse and ensure adequate monitoring of the consequences of medication.

The Department maintains current policies for medication consents.  *See* Administrative Directive 04.04.101.  According to the Department's practice and procedures, if youth are prescribed medication, they are seen every 30 days by a psychiatrist.  Mental health staff members routinely ask youth about how they are responding to any medications they are taking, and responses are documented in the youth's file at least once a month.

The Department's policies need to be updated to address the use of stimulant medication for youth with polysubstance abuse and ensure adequate monitoring of the consequences of medication.  In the absence of a Child and Adolescent Psychiatrist, the Mental Health Monitor has agreed to assist the Department with this policy revision.  Dr. Kwak, the Department's Medical Director, is collaborating with the Mental Health Monitor to revise the policies and the Department expects to have revisions completed by April 1, 2017.

6

9. **Youth in Reception and Classification Units**:  DJJ shall create and implement policies and procedures to ensure appropriate group therapy is available to youth in Reception and Classification Units subject to reasonable safety and security considerations.

   *Report:  Substantial Compliance*

   - Policies and procedures for appropriate group therapy are in place.
   - The policies and procedures ensure that appropriate group therapy is available for youth in Reception and Classification Units subject to reasonable safety and security considerations.

   The reception and classification units at IYC-Harrisburg, IYC-St. Charles, and IYC-Warrenville provide group therapy for youth in accordance with Administrative Directive 05.05.102.

   IYC-Warrenville serves as a reception facility for girls only. Mental health professionals at the facility provide weekly therapy groups when there are three or more youth in reception, but it is rare to have three or more youth in reception at one time.  When fewer youth are in reception, they are provided with individual therapy.

10. **Youth Seeking Immediate Mental Health Care**: DJJ shall promptly fulfill, to the extent reasonably possible, requests by youth who ask to immediately speak with a mental health professional, without any presumption that such youth need crisis confinement.

    *Report:  Substantial Compliance*

    All facilities grant youth requests to speak with a mental health professional without any presumption that a youth needs confinement.  Youth at all facilities may make requests to staff members or by filling out a form.  Most requests are made to the Juvenile Justice Specialist or Youth and Family Specialist.  Staff members reach out to the mental health professional on site or refer to the Crisis Team member when no mental health professional is at the facility.  At no time is a youth automatically presumed to need confinement when requesting to immediately speak with a mental health professional.

11. **LGBTQ Youth**:  DJJ shall create and implement a training program and promulgate and implement revised policies addressing needs and potential treatment of LGBTQ youth and youth diagnosed with Gender Dysphoria.

    *Report:  Substantial Compliance*

    - A training program has been created and implemented.
    - Revised policies addressing needs and potential treatment of LGBTQ youth and youth diagnosed with gender dysphoria have been promulgated and implemented.
    - The revised policies include protection of LGBTQ youth from violence, threats, and harassment from staff and others.

- The revised policies include individualized decision-making regarding the classification and housing of transgender youth, including whether to house them with male or female youth.
- The revised policies include individualized decision-making regarding whether to continue or begin hormone or hormone-blocker therapy for transgender youth.
- The revised policies include when body searches of transgender youth are necessary, allowing such youth to choose the gender of the staff that will search them.

All facilities follow the following policies, which comply with the requirements of the Remedial Plan: Administrative Directives 04.01.303 on Lesbian, Gay, Bisexual, Transgender and Questioning Youth; 04.01.130 on Programs and Case Management, 04.03.104 on Evaluations of Youth with Gender Dysphoria; and 05.01.302 on Prohibited Cross-Gender Searches.

DJJ has invested significant time and resources into training around its LGBTQI policies. All new staff members at facilities and new Aftercare staff members receive training on the Department's LGBTQI policies when they join the Department. Juvenile Justice Specialist Interns have been receiving training in their Academy classes since February 2015. A LGBTQI mental health group meets on a regular basis, which includes two therapists at each facility acting as the point of contact for any policy or programmatic questions.

During the past year, the Department's LGBTQI consultant from the Health and Medicine Policy Research Group trained existing staff in the Aftercare department and at IYC-Harrisburg, IYC-Chicago, IYC-Warrenville, and IYC-Pere Marquette. It is anticipated that IYC-St. Charles staff will receive this training in spring of 2017.

The DJJ Chief of Professional Development and Training, in collaboration with the Department's consultant, is working to develop materials and a plan to support implementation of on-going training at the facilities. As a result of all efforts to date, support for LGBTQI youth has become embedded in facility curriculum, policy, and practice. DJJ is becoming a national leader in this work; staff members spoke at the Coalition for Juvenile Justice annual conference in Washington, D.C. in April and at the Coalition for Juvenile Justice National DMC Conference in Baltimore in December. In 2017, DJJ plans to identify LGBTQI coordinators for each facility, who will help ensure that the needs of LGBTQI youth are being addressed throughout the Department. They will advocate for youth, ensure that their facility is culturally competent with respect to this population, and will be educators and support for staff in working with these youth.

### REMEDIAL PLAN PART III:  EDUCATION SERVICES

1. **Full-Time, Full-Day Instruction**: DJJ shall provide full-time, full-day instruction on all scheduled school days in each facility.

   *Report:  Partial Compliance*

   - DJJ provides instruction on all scheduled school days for at least five hours per day at every facility except IYC-St. Charles.
   - The Department is working to provide youth with a high school diploma or GED with educational programming for at least two and one-half hours per scheduled school day.
   - DJJ has developed and implemented a policy for alternative educational programming for youth in reception and classification units at IYC-Warrenville and IYC-Harrisburg, and is working to implement alternative educational programming for youth in the reception and classification unit at IYC-St. Charles.
   - DJJ is working to improve its offering of alternative educational programming and online coursework on non-school days.

DJJ is in compliance with the requirement for full-time, full-day instruction at every facility except IYC-St. Charles.  IYC-St. Charles has not been able to provide this due primarily to the educator shortages described in the Parties' Joint Status Report as to Issues Identified in the 2016 Monitor Reports ("Joint Status Report," Dkt. 179).  To address this issue, the IYC-St. Charles principal has developed a schedule to rotate cottages throughout the day so each youth receives at minimum school in either the morning or afternoon every day. Traditionally at IYC-St. Charles, youth from multiple cottages have not been combined into a single classroom because mixing youth can create conflicts, potentially leading to fights or other misconduct.  The facility has also started mixing a few cottages (currently 2 cottages are combined into one class, and another 3 cottages are combined into different classes) so that more youth can go to school consistently.

In addition to the educator hiring efforts detailed in the Joint Status Report, DJJ assigned three educators to IYC-St. Charles on a temporary basis as of January 3, 2017.  The Department also plans to move an educator from IYC-Warrenville temporarily and bring on an additional 2-3 retired teachers for short-term appointments in early February while the Department continues to hire permanent educators.

Educational programming for youth with high school diplomas and GEDs is explained in the section discussing the DJJ curriculum at *infra* pp. 15-16.

DJJ is providing education for youth in the reception and classification units (R&C) at IYC-Harrisburg and IYC-Warrenville.  At IYC-Harrisburg, a teacher is currently stationed in the R&C Unit and is following a specific curriculum, which includes orientation of the facility and the rules, testing (TerraNova and BASI assessments), and finally placement in a class based on their educational needs until they are moved to a different unit.   At IYC-Warrenville, girls remain in R&C for only about three days.  During that time, they work

with either the Principal or an available teacher, who reviews the school manual with youth and may bring them to school to get started on GradPoint or use tablets. Education currently is not offered during R&C at IYC-St. Charles, but DJJ will expand these services once school counselors or additional educators are hired.

On NIA (Not In Attendance) days, facilities schedule alternative education programs. IYC-Chicago provides guest speakers and special performances for youth alternative educational programming. In December 2016, five guest speakers visited the facility to address the youth and speak on topics including personal responsibility, goal setting, personal purpose, the power to change, and career goals. Youth also participated in a talent show and "spades" card game tournament. In March 2017, when teachers are on break, the Chicago Symphony Orchestra will visit the facility to teach youth how to play instruments and the Steppenwolf Theater will perform for youth.

On NIA days at IYC-Warrenville, a schedule is created to provide for Storycatchers rehearsals, reading and math achievement testing, social and emotional groups, arts and crafts projects, board and video games, and outdoor activities.

On NIA days at IYC-Harrisburg, youth nearing graduation or the GED assessment still receive one-on-one or small group instruction from teachers. During the summer, IYC-Harrisburg offers 30 days of "summer school" and also provides special activities during the week of July 4th including games and a cookout. During the week of Thanksgiving, the teachers cook a traditional turkey dinner for every youth at the facility. In December 2016, youth participated in special activities such as making gingerbread houses and playing video and board games. Additionally, Literacy Volunteers of Illinois (LVI) hosted a Scrabble tournament for the youth.

On NIA days at IYC-Pere Marquette, the facility provides role-modeling classes, guest speakers, and monthly off-grounds trips focusing on life-skills such as opening a bank account, and going to the grocery store to purchase food within a budget and prepare a meal. IYC-Pere Marquette plans thematic lessons for youth, coordinating school projects and off-grounds program activities around the same monthly theme. In December 2016, youth participated in door decorating, a staff family day where youth and families read holiday stories and exchanged gifts, gingerbread house making, and an off-grounds trip to a lights festival.

Youth alternative educational and related programming, and online coursework, during non-school days is a priority area of focus for DJJ leadership this year. The facilities are required to provide their NIA (Not-In-Attendance) day schedules to the Deputy Director of Programs, and Executive Staff will be conducting unscheduled visits to the facilities to audit for compliance with these schedules.

2. **Teacher Staffing Levels**: DJJ shall create and fill additional teacher positions.

    *Report: Partial Compliance*

- All facilities are meeting or close to meeting student to teacher ratios of 10:1 or lower in general classroom settings, with the exception of IYC-St. Charles.
- All facilities are meeting or close to meeting student to teacher ratios of 6:1 for students with intensive needs, with the exception of IYC-Chicago.
- Teacher hiring processes have been streamlined to eliminate barriers to timely hiring of teachers and duplicative efforts or other inefficiencies in the hiring process.

As of the end of December 2016, DJJ had an average of 7.4 general education youth for each general education teacher and 5.7 special education youth for each special education teacher. Therefore, the agency meets the consent decree requirements for general education and special education overall.

However, IYC-St. Charles does not meet the student to teacher ratio of 10:1 for general education and has not met this standard since July. IYC-Chicago currently does not meet the student to teacher ratio of 6:1 for special education and has not met this standard since May. IYC-Harrisburg is close to not meeting the special education ratio and did not meet this standard from July through November. The 2016 monthly educator staffing ratios for each facility are reflected in the tables below.

General Education Student to Teacher Ratio

|  | 1/16 | 2/16 | 3/16 | 4/16 | 5/16 | 6/16 | 7/16 | 8/16 | 9/16 | 10/16 | 11/16 | 12/16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Chicago* | 7 | 6 | 6 | 7.4 | 6 | 6.5 | 7.5 | 7.7 | 6.3 | 4.7 | 9.5 | 7.8 |
| *Harrisburg* | 5.6 | 4.9 | 5.9 | 5.3 | 4.3 | 4.3 | 5.8 | 5.6 | 5.6 | 4.4 | 4.3 | 5.7 |
| *Kewanee* | 1.8 | 1.2 | 1.3 | 1.3 | 1 | 1.1 | - | - | - | - | - | - |
| *Pere Marquette* | 6 | 5 | 4.7 | 4.7 | 6.7 | 7 | 5 | 4.3 | 5.3 | 4.7 | 5.3 | 4.7 |
| *St. Charles* | 8.2 | 5.9 | 5.2 | 5.8 | 7.1 | 8.3 | 9.7 | 11.8 | 12.5 | 12.3 | 11.5 | 14.2 |
| *Warrenville* | 1.4 | 1.6 | 2.8 | 4.8 | 5.4 | 5.2 | 5.2 | 5 | 3.8 | 3.4 | 3.2 | 4 |
| **IDJJ Average** | **5.0** | **3.9** | **4.1** | **4.5** | **4.6** | **4.9** | **6.9** | **6.9** | **6.8** | **5.9** | **6.6** | **7.4** |

Special Education Student to Teacher Ratio

|  | 1/16 | 2/16 | 3/16 | 4/16 | 5/16 | 6/16 | 7/16 | 8/16 | 9/16 | 10/16 | 11/16 | 12/16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Chicago* | 5 | 4.5 | 3.8 | 4 | 4 | 6.3 | 6.5 | 7.7 | 8.3 | 9.7 | 10 | 10 |
| *Harrisburg* | 5.8 | 5.1 | 6.5 | 6.4 | 5.8 | 5.8 | 6.8 | 8.8 | 8.5 | 7.3 | 7 | 6 |
| *Kewanee* | 9.5 | 7.8 | 3.8 | 3.3 | 2.8 | 1.8 | - | - | - | - | - | - |
| *Pere Marquette* | 13 | 11 | 7.5 | 4.7 | 4.7 | 3 | 4.7 | 3.0 | 2.0 | 3 | 5 | 5 |
| *St. Charles* | 2.9 | 5.6 | 5.7 | 4.3 | 5 | 4.3 | 3.7 | 6.3 | 5.5 | 7 | 6 | 4.5 |
| *Warrenville* | 1.5 | 2.5 | 2.3 | 3 | 3 | 2.3 | 3.7 | 3.0 | 4.0 | 4.7 | 4.3 | 3 |
| **IDJJ Average** | **5.4** | **5.6** | **5.0** | **4.4** | **4.4** | **4.1** | **5.2** | **6.5** | **6.3** | **6.7** | **6.6** | **5.7** |

DJJ is taking steps to fill the educator positions. To help recruit qualified candidates, DJJ began posting the teacher positions on the Illinois State Board of Education and Kane County

Regional Office of Education websites. DJJ has also asked the American Federation of State, County, and Municipal Employees (AFSCME) Union leadership to assist in recruiting for educator positions.

The State processes for hiring have presented barriers for filling vacant education positions, but DJJ has been instituting changes to eliminate unnecessary delays. Two Illinois Departments outside of DJJ play a role in the hiring process. The Department of Central Management Services (CMS) oversees hiring and personnel issues for the State and reviews DJJ education applications to determine whether applicants meet the requisite qualifications. The Public Safety Shared Services Department (Shared Services) is the liaison between DJJ and CMS. DJJ has been working closely with both Shared Services and CMS to reduce hiring delays for education positions.

First, DJJ began posting positions without waiting for Shared Services' approval. DJJ schools are now able to post for open teaching positions as soon as they become aware of a vacancy. Second, Shared Services has been eliminated as the "middle-man" between DJJ and CMS for transmitting educator candidates' applications to cut down on the time between receiving an application and moving forward with interviews. Third, DJJ has scheduled weekly meetings with Shared Services, certain DJJ Executive Staff (including the Chief of Staff, Chief Legal Counsel, and the School District leadership), and DJJ's facility Human Resources Representatives to review all vacant education positions and ensure that they are moving quickly through the hiring process. Similar meetings were held during the fall of 2015 and spring of 2016 and were successful in improving educator hiring. The Department is hopeful that reinstating these meetings will help DJJ place qualified candidates in education positions more expeditiously. Fourth, DJJ notified CMS of the importance of promptly filling these positions, and DJJ education applications now are flagged for priority review at CMS, with a general turnaround time of a few days. Finally, DJJ and Shared Services are also adopting an agreed-upon written procedure outlining the timeline expectations for each step in the hiring process. This procedure should be in place by February 1, 2017 and has been submitted to the Education Monitor for review.

IYC-St. Charles held interviews on December 12-13, 2016, and has made conditional offers to three new teachers who are currently undergoing background clearance. DJJ also hired 3 teachers who started on January 3, 2017, on a short-term contract to help alleviate the current educator shortage.

In addition to the educator hiring efforts detailed in the Joint Status Report, DJJ also plans to move an educator from IYC-Warrenville to IYC-St. Charles temporarily and bring on an additional 2-3 retired teachers for a short-term appointment while the Department continues to hire permanent educators. These short-term educators should be in place by early February.

As noted in the Education Monitor Report, DJJ is seeking to hire full-time floater teachers to act as substitutes in the event of teacher absences, and all facilities are working to fill the positions. At IYC-St. Charles, administration is identifying security staff members with

valid educator licenses, and they are exploring the possibility of utilizing these staff members as substitutes in the short term.

For several months, DJJ and Plaintiffs' counsel have been in communication about staffing and education issues at IYC-St. Charles, and DJJ has provided Plaintiffs' counsel with various data related to this issue.

3. **Other Education Staffing Levels**: DJJ shall hire additional education staff, as specified in the July 17, 2014 Supplemental Order.

   *Report: Partial Compliance*

   - Three facilities have Library Associates in place.
   - One facility has a School Counselor in place.
   - All facilities have Office Associates in place.
   - One facility has a Special Education Resource Coordinator in place.

   IYC-Harrisburg, IYC-St. Charles, and IYC-Warrenville currently have Library Associates. IYC-Chicago and IYC-Pere Marquette are actively working to fill the vacant Library Associate positions and have applicants going through the hiring process.

   The School District also continues to seek employees for the Special Education Resource Coordinator and School Counselor positions at each facility. The current status of these positions is as follows:

   | Facility | Special Education Resource Coordinator | School Counselor |
   |---|---|---|
   | IYC-Chicago | Candidates are being scheduled for interviews. | Candidate hired and will begin February 1, 2017. |
   | IYC-Harrisburg | Hired and started on October 16, 2016. | Hired and started on December 16, 2016. |
   | IYC-Pere Marquette | Current DJJ educator has accepted position and will begin once the educator position filled. Interviews were conducted for the educator position on January 19. | Original candidate declined position; offer extended to another candidate; awaiting acceptance. |
   | IYC-St. Charles | Internal candidate declined the position; position re-posted. | Candidate selected and has started the backgrounds check process. |
   | IYC-Warrenville | Applicants are going through the hiring process. | Candidate selected and has started the backgrounds check process. |

4. **Substitute Teacher Policy**: DJJ shall create and implement a plan to provide for certified substitute teachers.

   *Report: Partial Compliance*

13

The Department has an approved substitute teacher policy (Board Policy 5:220), but that policy has not been fully implemented. As noted above, DJJ is seeking to hire full-time floater teachers to act as substitutes in the event of teacher absences and all facilities are working to fill those positions.

5. **Modified School Calendar**: DJJ shall implement a modified school calendar.

   *Report: Partial Compliance*

   - A modified school calendar has been implemented at all facilities.
   - The calendar has defined vacation times for teachers and minimizes the use of vacation time by teachers during school instruction periods at all facilities.
   - The calendar specifies school holidays and other vacation time, staff development days, and summer break for teachers at all facilities.
   - DJJ is working to ensure the calendar provides alternative educational programming for youth.

As noted above, youth alternative educational programming and online coursework during non-school days is a priority area of focus for DJJ leadership this year. The facilities are required to provide their NIA (Not-In-Attendance) day schedules to the Deputy Director of Programs, and Executive Staff will be conducting unscheduled visits to the facilities to audit for compliance with these schedules.

6. **Blended Instruction**: DJJ shall ensure that it provides both traditional classroom instruction and web-based instruction, individually tailored to students' needs.

   *Report: Substantial Compliance*

   - Traditional classroom instruction is provided.
   - Web-based instruction is provided.

All facilities utilize blended instruction including GradPoint which combines traditional and web-based learning. Education staff received training conducted by University of Chicago to discuss research about the blended-learning model and how to more effectively incorporate it within their classrooms.

The Education Monitor Report noted that students receiving special education services may benefit from more direct instruction as they work on GradPoint—DJJ's web-based instructional program. Youth with special education needs are able to receive a continuum of special education services within a variety of educational environments in all five facilities. Each school provides youth with additional individualized support as they interact with GradPoint and blended learning.

Also, IYC-Chicago and IYC-Harrisburg were selected by the Center for Educational Excellence in Alternative Settings (CEEAS) to participate in its "Unjammed" program.

Unjammed is the CEEAS's quality instruction blended learning initiative for juvenile justice agencies, designed to transform and implement blended learning in secure care facilities. Through the CEEAS grant, DJJ teachers receive extensive instruction on developing lesson plans using blended learning and project based instruction.  In 2015, the School District Superintendent, the facilities' principals, and other facility program, security, and educator staff members attended a tech camp in Seattle for Unjammed training.  As a result, IYC-Harrisburg was selected to participate in the College Now and Study.com programs (*see infra* p. 16).  Furthermore, an educator from IYC-Harrisburg currently acts as an ambassador for CEEAS.

7. **Curriculum**: DJJ shall provide an academic curriculum sufficient for required instruction for every youth without a high school diploma or GED.

   *Report:  Partial Compliance*

   - DJJ's curriculum includes instruction in all subjects required by state law in order to earn a high school diploma.
   - DJJ's curriculum includes instruction in all subjects required for preparation to take the GED exam.
   - DJJ's is working towards implementing curriculum with career and technical education programs for which high school credit can be earned.
   - DJJ is working to offer at least two vocational programs at each facility with 50 or more youth, and at least one vocational program at each facility with fewer than 50 youth.
   - DJJ is working to offer at least one vocational program leading to certification at each facility.
   - DJJ is able to provide intensive literary instruction to youth through the Reading Horizons reading curriculum.

All facilities offer curriculum in the core content areas: English, Math, Social Studies, and Science, and provide instruction in all areas that youth need for a high school diploma or to prepare for the GED exam.

DJJ is working to implement high school credit career and technical education programs and at least two vocational programs, with at least one program leading to certification, at each facility.  The primary barrier up to this point has been hiring staff, and the Department has made great strides in the past few months.  The Career and Technical Education (CTE) Director started with DJJ on December 13, 2016, and positions for CTE teachers have been posted.

DJJ entered into a contract with Lakeland College to provide post-secondary programming for youth at IYC-St. Charles and IYC-Harrisburg.  Both facilities will be offering horticulture and custodial maintenance.  IYC-St. Charles will also offer building construction, and IYC-Harrisburg will also offer culinary.

The Lakeland College Associate Dean at IYC-St. Charles started in this position on December 7, 2016, and two teachers are currently in the backgrounds process. IYC-Harrisburg's Associate Dean started on January 9, 2017, and interviews for the instructors are set to start on January 23, 2017. Because these teachers will be employees of Lakeland College, they will not be hired through the normal State hiring process.

Additional vocational programs currently offered or being pursued at each facility are summarized in the table below.

| Facility | Vocational Programming |
|---|---|
| IYC-Chicago | IYC-Chicago will be offering the YouthBuild program, which provides youth the opportunity to earn trade certificates and their GED, take college courses, and earn a stipend for their participation. Five slots are available to IYC-Chicago youth beginning February 6, 2017. IYC-Chicago also is pursuing a computer skills vocational program that will allow youth to obtain certification in Microsoft Office programs. |
| IYC-Harrisburg | IYC-Harrisburg currently offers vocational programs in culinary arts and building trades. The facility is pursuing the OSHA 10 and ServSafe (food safety) certification programs. Moreover, IYC-Harrisburg has 10 licenses for youth to pursue college credit through video-based online courses offered by Study.com. The facility was recently selected into the College Now program with the Center for Educational Excellence in Alternative Settings (CEEAS), which provides youth with additional opportunities to receive college credit focusing primarily on language arts and math. IYC-Harrisburg was one of only 12 juvenile facilities in the United States awarded this opportunity. Finally, IYC-Harrisburg will be offering the ACT Career Curriculum (ACT KeyTrain), which provides interactive courses focused on the knowledge and skills important for success in the workplace, as soon the software is installed. The Department anticipates that teachers will begin utilizing this program in February. |
| IYC-Pere Marquette | IYC-Pere Marquette offers the YouthBuild green construction pre-apprenticeship certificate program. YouthBuild provides the opportunity to earn trade certificates, their GED, and take college courses through Lewis and Clark Community College. In addition to these benefits, youth can also earn a stipend for participating in the program. IYC-Pere Marquette is pursuing a computer skills vocational program that will allow youth to obtain certification in Microsoft Office programs. |
| IYC-St. Charles | IYC-St. Charles will be offering the ACT Career Curriculum (ACT KeyTrain), which provides interactive courses focused on the knowledge and skills important for success in the workplace, as soon as the software is installed. The Department anticipates that teachers will begin utilizing this program in February. |
| IYC-Warrenville | IYC-Warrenville is pursuing a computer skills vocational program that will allow youth to obtain certification in Microsoft Office programs. The facility offered this position to a candidate, but it was recently declined and the position has been reposted. |

8. **Special Education Policies and Procedures**: DJJ shall revise and update its policies and procedures relating to special education.

   *Report:  Substantial Compliance*

   - Revised policies and procedures have been implemented.
   - The revised policies and procedures provide for timely obtaining youth's IEPs and related materials from their prior schools.
   - The revised policies and procedures provide for identification and assessment of youth with learning disabilities.
   - The revised policies and procedures provide for development and implementation of IEPs.
   - The revised policies and procedures provide for monitoring to ensure that youth are receiving the services specified in their IEPs.

DJJ hired a new Director of Special Education in August 2016.  The Special Education Director immediately began working to improve school procedures using the Illinois State Board of Education computerized IEP program, I-STAR.  The I-STAR program allows for centralized tracking of IEP compliance with procedural requirements to help the Special Education Director provide timely feedback to faculty and staff on supporting students' needs.  In addition, school staff are updating special education monitoring logs on a daily basis so all special education faculty and staff promptly receive case management information.  DJJ school district data reflects marked improvement in the timeframe for ensuring IEPs are current and updated appropriately.  Even without Special Education Resource Coordinators and School Counselors hired at every facility, DJJ is diligently requesting and obtaining student records upon the youth's enrollment because of a district-wide process implemented at the beginning of this school year.

Additionally, DJJ entered into an agreement with Mid-Valley Special Education Cooperative for support with special education compliance and services, specifically at IYC-St. Charles. The IYC-St. Charles school administration and the Special Education Director have been working closely with Mid-Valley staff to improve the practices and procedures for special education at this facility. A Mid-Valley educational consultant works directly with the IYC-St. Charles special education teachers and staff to provide on-site, continuing professional development on a weekly basis.

District-wide, the Special Education Director provided professional development on utilizing I-STAR to all special education faculty and staff, with assistance from Illinois State Board of Education and Mid-Valley personnel.  All facilities received this training from October through December.  Additional professional development sessions on special education topics are being conducted in January, and others are scheduled for later in the school year.

The Special Education Director also conducts weekly video conferences with the school psychologist and Special Education Resources Coordinator to ensure that IEP services and compliance are implemented and maintained.

Much of the Department's progress in special education began with the hiring of the new Special Education Director in August 2016, which was after the Education Monitor's 2016 visits. Accordingly, the Department understands that the Education Monitor likely will need to observe this area in future visits before he will be able to assess the Department's current progress.

## REMEDIAL PLAN PART IV: USE OF CONFINEMENT

1. **Confinement and Restricted Movement Policy**: DJJ shall rewrite its policy regarding use of confinement and restricted movement.

   *Report: Substantial Compliance*

   (a) **Limits on confinement for behavior management**
   - Policy allows confinement for purposes of safely managing a youth who is has exhibited aggressive or uncontrolled behavior or movement and presents an immediate risk to staff, other youth, or facility security.
   - Policy provides that when the youth regains self-control, such confinement must end. In no case should confinement solely for behavior management last for a duration of more than twenty-four (24) hours.

   (b) **Limits on mental health crisis confinement**
   - Policy provides that confinement shall be allowed when (i) based on the youth's mental health status such confinement is necessary to prevent physical harm to self or other, (ii) no less restrictive intervention is available, and (iii) such confinement does not pose an undue risk to the youth's health.
   - Policy provides that such confinement must end when the risk of harm to self or others ends.
   - Policy provides that such confinement should be re-evaluated every 24 hours by a mental health professional, subject to the same three findings above.
   - Policy provides that if such confinement is still necessary after three days, the youth shall be evaluated by a psychiatrist, psychologist, or other qualified mental health professional for hospitalization.

   (c) **Limits on investigative confinement**
   - Policy provides if DJJ has probable cause to believe that a youth has committed a serious offense while in DJJ custody, they may confine such a youth during the pendency of an investigation of the alleged offense.
   - Policy provides for the maximum duration of such confinement, and which offenses allow such confinement.

   (d) **Limits on confinement for transfer to DOC**
   - Policy provides if DJJ has temporary custody of an individual who is of adult age with a criminal conviction and a sentence to the DOC, DJJ may confine such an

adult while awaiting their transfer to a DOC facility, but in no event for longer than three business days.

(e) **Limits on medical confinement**
- Policy provides when DJJ medical staff may order the confinement of a youth for purposes of medical quarantine or isolation.

(f) **Other confinement prohibited**
- Policy provides that all other forms of confinement shall be prohibited, including but not limited to: for purposes of disciplining or punishing a youth, or for purposes of protecting one youth from another youth.

(g) **Periodic visual inspections**
- Policy requires that at regular intervals, staff must visually inspect the well-being of all youth in confinement or restricted movement and have verbal communication with such youth during these visual checks.

(h) **Appropriate Services**
- Policy defines the appropriate services for youth in confinement or restricted movement, including medical care, mental health services, education, recreation, visiting, telephone contacts, and meals.

(i) **Process for entering, continuing, and exiting confinement or restricted movement**
- Policy establishes the criteria and process for entering and continuing confinement or restricted movement, and the criteria and process for exiting confinement and returning to regular living units or terminating restricted movement, including who makes such decisions, how they are reviewed and by whom, and timeframes for such decision and review.

(j) **Documentation**
- Policy addresses the appropriate documentation of the foregoing visual inspections, verbal communications, appropriate services, and processes for entry, continuation, or exit.

(k) **Restricted movement on other living units**
- Policy addresses limitations on all forms of restricted movement, including "room confinement" to the youth's own room, any behavioral management units, reception and classification units, medical infirmary units, mental health crisis observation units, visitor or guest units for youth temporarily assigned to a facility for any reason, and institutional restricted movement.

The revised confinement policies incorporate all of the provisions of the Remedial Plan in sections (a)-(k) above as well as additional provisions which were negotiated by the Department and the ACLU with the monitor's input, such as requiring approval by the Deputy Director of Operations for certain forms of confinement.

As part of the initial roll out of the new policies, in July 2015, Deputy Director Jesse Montgomery held weekly confinement check-ins with superintendents and other facility administrative staff from all facilities to address and resolve any issues with implementation. Through this process, the confinement procedures and forms have been continually refined.

DJJ has seen a notable reduction in the use of confinement in its facilities. With the exception of IYC-St. Charles, the Department's facilities have generally eliminated the use of their confinement units, even though those units can still be used under the Department's revised confinement policies. Executive Staff periodically audit confinement paperwork and review video footage to determine whether use of confinement comports with DJJ's new policies. The Department also works closely with the Juvenile Ombudsman to investigate any complaints related to the use of confinement. The October 2016 Performance Based Standards data, which allows the Department to track outcome measures, changes across time, and comparison to other jurisdictions across the country, shows that DJJ's use of confinement and duration of confinement are both below the national average.

To ensure that staff better appreciate the provisions of the Remedial Plan and how it is driving changes throughout the Department, including the new confinement rules, the Remedial Plan has been reviewed, and will continue to be addressed, at the Intern Academy, pre-service orientation training for non-security staff, roll calls, and other Department-wide trainings.

2. **Confinement Liaison**: DJJ shall develop and implement policies and procedures requiring a youth and family specialist or other non-security staff member to be present during the day shift at each confinement unit that has at least one youth in confinement.

   *Report: Substantial Compliance*

   - Policies and procedure regarding a confinement liaison have been developed and implemented.
   - A youth and family specialist or other non-security staff member is present during the day shift at each confinement unit that has at least one youth in confinement.
   - The youth and family specialist/non-security staff member serves as a liaison between the youth and other facility staff and helps ensures that appropriate services, including mental health services, education services, and reading materials are provided to the youth.

With the exception of IYC-St. Charles, DJJ's facilities are rarely using their confinement units, even though those units can still be used under the Department's revised confinement policies.[2] Generally, youth are placed in their rooms on the living unit when they need to be removed from programming, and the Youth and Family Specialists (YFS) have offices on the living units. At IYC-St. Charles, a YFS is stationed on the confinement unit when youth are

---

[2] IYC-Harrisburg still uses its confinement unit for timeouts during the day due to that unit's location near the school, but otherwise generally uses the youth's room if he needs to be removed from programming for behavioral reasons.

placed there. Within the first hour during a youth's confinement and periodically thereafter, non-security staff such as Duty Administrative Officers, Youth and Family Specialists, or Mental Health Professionals meet with the youth at all facilities.

3. **Confinement Conditions**: DJJ shall develop and implement policies and procedures ensuring adequate thorough cleaning and sanitation of all confinement rooms.

   *Report: Substantial Compliance*

   - Policies and procedures for cleaning confinement rooms have been developed and implemented.
   - The policies and procedures ensure adequate thorough cleaning and sanitation of all confinement rooms after they are vacated before the room is used for another youth, and as needed during any period of use with an individual youth to ensure rooms remain free of food or human waste and/or graffiti.
   - All crisis confinement rooms are well lit with functional plumbing, are appropriately heated or cooled, and contain adequate bedding and blankets.

All facilities follow Administrative Directive 05.02.140 on Safety and Sanitation Inspections to ensure all youth rooms are cleaned adequately. Administrators or supervisors designated by the facility Superintendent perform daily walk-throughs to ensure cleanliness.

## REMEDIAL PLAN PART V: SAFETY AND GENERAL ISSUES

1. **Comprehensive Treatment Model**: DJJ shall develop and implement a strategic plan for an evidence-based or evidence-informed comprehensive treatment and rehabilitation model to be used for youth in all DJJ facilities, including but not limited to youth in special treatment units and for juvenile sex offenders.

   *Report: Substantial Compliance*

   - A strategic plan has been developed and is being implemented.
   - The plan ensures general uniformity and cohesive programming in all DJJ facilities, across educational, mental health, substance abuse, behavioral management, and other programming for youth.

The Department has developed and implemented a Comprehensive Youth Development and Reentry Planning Model based on the risks, needs, and responsivity (RNR) framework. There are five components to the DJJ model: intake, assessment and case planning, implementation, pre-release preparation, and aftercare. During the intake process occurring within the first 10 days that a youth is at an R&C facility, screening and assessment, risk and needs assessment, and reentry planning begins.

DJJ's first step in this process was its adoption of the Youth Assessment Screening Instrument (YASI), a criminogenic risk assessment administered to youth when they enter

21

the facility and used to inform programmatic decision-making. The roll-out and implementation of the YASI began in 2015 and training remains ongoing (*see infra* p. 31).

The quality of the case plans has been and remains an ongoing area of focus for DJJ. From August – October 2015, DJJ began training staff on how to develop case plans. DJJ counselors (YFS) received training on rehabilitative services, risk needs, responsivity principles, case planning, and case management. DJJ administrators visited every facility to provide booster training for supervisors, met with each YFS, and determined areas for continued support and training. The previous Deputy Director of Programs (now the Department's Acting Director) personally met with every YFS, supervisor, assistant superintendent of programs and clinical services supervisor, and also audited case plans and assessments to provide coaching.

As part of this effort to improve assessments and case planning, starting in February 2016, DJJ also hired three coaches to provide on-going coaching and technical assistance to all DJJ facilities and Aftercare Specialists (juvenile parole officers). For 2017, DJJ will be concentrating its ongoing YFS training on the quality of its case management. The Department's current Deputy Director of Programs will be setting up a more formal internal auditing procedure to review the quality of case plans and ensure that youth are receiving the identified services.

The Department is also planning to add additional evidenced-based treatment interventions to further support youth rehabilitation. Currently, treatment offerings include substance abuse treatment, DBT (Dialectical Behavioral Therapy), CBT (Cognitive Behavior Therapy), and SPARCS (trauma-treatment group). Two group treatment models have been identified for future implementation in 2017: Thinking for a Change and ART (Aggression Replacement Therapy).

A legislative change, which was proposed and drafted by the Department, has provided the Department with a unique opportunity to revisit its policies, enhance coordination among staff from multiple disciplines to improve its rehabilitative offerings, and further align all practices with the comprehensive treatment and rehabilitation model. Under Public Act 99-0628 (effective January 1, 2017), DJJ assumed the release decision authority for delinquent juveniles with indeterminate sentences. Prior to this legislation, the Illinois Prisoner Review Board made these decisions about youth release.

In preparation for this legislative change, DJJ took a more comprehensive look at how it assesses youth eligibility for release, to better incorporate PBIS (Positive Behavioral Interventions and Supports) principles of incentivizing positive behaviors into more aspects of Department operations and programming. For example, the Department is providing youth with more opportunities to receive time reductions by achieving treatment goals, completing treatment groups and programs, obtaining diplomas, GEDs, and post-secondary course credit, and maintaining "Grade A" behavior for periods of time.

For greater consistency, the Department has also been working on revisions to its disciplinary sanctions to further integrate the PBIS approach in addressing youth behavior. This summer a

22

work group developed a graduated sanctions and incentives grid. It outlines three tiers of various behaviors and gives guidelines for the type of sanction that can be imposed. DJJ's superintendents already have been using these sanction guidelines as part of the Department's new release decision process and DJJ will begin training on these new guidelines in the first quarter of 2017. In addition, the Department is incorporating Balanced and Restorative Justice (BARJ) principles into its disciplinary process by letting youth enter into a BARJ contract to reduce disciplinary sanctions. DJJ plans to create a BARJ committee to oversee the early implementation of these contracts.

The Department is also empowering its direct care staff to play a greater role in the release decision process and hopes that this will improve the quality of monthly youth staffings as well as staff engagement in the rehabilitative process. During these staffings, DJJ staff assess youth behavior and achievement of programmatic goals to determine their eligibility for release. Staffings include educators, security staff, counselors (Youth and Family Specialists), mental health, Aftercare, DCFS caseworkers, the youth and his/her parents if available. Ultimately that committee informs the facility superintendent of the youth who are eligible for release, and the Director reviews for approval. DJJ is optimistic these new procedures will further invest DJJ in a programmatic orientation at all levels. Two Department-wide trainings were conducted in November 2016, and throughout December 2016 members of the release-decision work group visited all DJJ facilities to provide support and guidance for implementing these procedures in the monthly staffings.

2. **Department-Wide Behavioral Management System**: DJJ shall adopt and implement a comprehensive, department-wide, evidence-based or evidence-informed behavioral management system to provide a consistent model for youth behavior throughout the facilities.

   *Report: Substantial Compliance*

   A behavioral management system has been developed and implemented. All facilities are implementing the Positive Behavior Interventions and Supports (PBIS) program in accordance with Administrative Directive 04.01.305. PBIS is an evidence based behavior management system used across the country in residential hospitals, mental health facilities, juvenile corrections, and schools to improve youth behavior by employing a proactive approach to interrupt patterns of negative or aggressive behavior using a balance of positive reinforcements and age-appropriate behavior corrections. Moving forward, the Department will be focusing on better integrating PBIS principles into all aspects of facility operations and programming. The Department's new release procedures, discussed above, are part of this effort.

   DJJ hired a PBIS coach on a year-long contract to provide training and support in PBIS at all DJJ facilities. In addition, during the summer and fall of 2016, DJJ's previous Deputy Director of Programs (current Acting Director), Chief of Training and Professional Development, and Chief of Mental Health visited each DJJ facility and spoke to staff at all levels, including front line supervisors, middle management, and facility administrators. They received feedback from staff about what is working with PBIS and where there are

gaps, and they will have follow-up meetings in the first quarter of 2017 to further implement staff suggestions. Specific areas for improvement include making point cards uniform, refining the points system to improve its accuracy reflecting the behavior of youth, and creating more meaningful incentives for youth.

At all facilities, youth receive points based on their behavior. The point sheets are totaled daily and a weekly average is calculated. Based on that average, they receive a "grade" and certain privileges. C Grade receives basic privileges, B Grade receives additional privileges, and A Grade receives the most privileges. By obtaining a particular grade level, youth can participate in certain programming opportunities, thereby rewarding positive behavior. Youth can also receive sentence credits (*see supra* p. 22).

A brief description of each facility's rewards system is as follows:

| Facility | PBIS Incentives |
|---|---|
| IYC-Chicago | Youth on A/B Grade participated in a program hosted by the Chicago Symphony Orchestra where they learned to play instruments, culminating in a performance on March 18, 2016. Other programmatic offerings that youth can participate in once they achieve a higher grade levels include Storycatchers, Safe Humane, time to work on tablets, and field trips (e.g., Goodman Theater, Court Theater, Shakespeare Theater). In school, teachers have point sheets and evaluate student behavior each day in class. Youth earn "Chi Stubs" for good behavior, which are placed in a weekly drawing for prizes, including a special lunch with a Duty Administrative Officer. IYC-Chicago also has been working with the PBIS coach who helped the facility create a PBIS action plan, which has become a template for the facility to develop and enhance its PBIS programming. The facility is also finalizing an Honors Wing. |
| IYC-Harrisburg | PBIS incentives include "station rotation" special activities; community service projects; community outings, including a trip to the circus; and rewards for being on level. IYC-Harrisburg also uses positive behavior tickets, or "ice cubes," that youth can earn and use to purchase special meals and school-related materials. |
| IYC-Pere Marquette | PBIS incentives include attending a movie and dinner off-grounds for Honors Level youth, swimming, fishing, community service projects, and "station rotation" special activities. Other incentives include keeping certain property in their rooms and receiving brand name hygiene products. |
| IYC-St. Charles | PBIS rewards for youth at IYC-St. Charles include access to commissary, additional or extended telephone time, extended curfew, decreased restrictions for work assignments, special visits, access to the Teen Center which houses recreational games and television, radio and TV privileges, and the ability to have food from outside sources. |
| IYC-Warrenville | PBIS rewards include school store shopping for snacks and hygiene |

| | items, special group activities like roller skating, bike riding, movies and popcorn. |
|---|---|

3. **Individualized Youth Development Plans**: DJJ shall implement policies and procedures requiring preparation of a youth development plan (YDP) for each youth committed to DJJ custody.

   *Report: Substantial Compliance*

   - Policies and procedures requiring preparation of a youth development plan (YDP) have been implemented.
   - The policies require DJJ facility and Aftercare staff to begin collaborating to develop the youth's YDP within fourteen days of the youth's arrival in the facility.
   - The YDP, through screening and assessment, identifies needed services based on the youth's strengths and needs, and serves as a plan for the youth carrying through to the youth's release on aftercare.

   All facilities follow the procedures outlined in Administrative Directive 04.01.130 on Programs and Case Management, and have implemented the new YASI system. Youth and Family Specialists and Supervisors received YASI training and complete YASI assessments for all new youth committed to DJJ within 30 days. Thereafter, case plans are completed within 14 days of the assessments. Additionally, youth are assigned an Aftercare Specialist within 72 hours of their admission to the Department.

   As explained above (*see supra* pp. 21-22), the YASI case plan is implemented so that the facility's programmatic response is tailored to the youth's strengths, needs, and characteristics.

   Aftercare has established a designated Placement Unit and has assigned an Aftercare Specialist to each facility. The Aftercare Specialist is based out of the facility to enhance Aftercare's ability to address placement issues and attend staffings from the outset of the youth's commitment.

4. **Security Staffing Levels:** DJJ shall increase the number of security staff posts to ensure adequate staffing at each facility.

   *Report: Partial Compliance*

   - DJJ is in compliance with the Prison Rape Elimination Act (PREA) Juvenile Facility Standards (28 CFR 115.313(c)).
   - Youth to security staff ratio of 8:1 for waking hours has been achieved.
   - Youth to security staff ratio of 16:1 for sleeping hours has been achieved.

   DJJ has been meeting the 2017 security staffing ratios outlined in the Remedial Plan for over a year. These ratios are taken from the PREA ratios and are calculated based on the total

number of security staff (Juvenile Justice Specialists, Juvenile Justice Interns, and Juvenile Justice Supervisors) actually reporting to work at the facility.

Reductions in the Department's population have assisted in meeting these required ratios. In 2015, the Department drafted and proposed legislation (SB 1560), which (1) suspended DJJ supervision of DJJ youth with pending adult felony cases, (2) prevented misdemeanants from being committed to DJJ, and (3) set fixed Aftercare terms for youth depending on the class of their committing offense. As a result, the Department has experienced an over 40% reduction in its facility population and was able to close its IYC-Kewanee facility in July 2016.

Currently, in all facilities other than IYC-St. Charles, the Department has adequate security staff to maintain regular operation on a daily basis.

As noted in the monitors' reports, IYC-St. Charles security staff absences have been impacting operations and programmatic opportunities for youth even though IYC-St. Charles is meeting the PREA ratios. The discrepancy between PREA staffing ratios and operational staffing needs at IYC-St. Charles is due in part to the large layout of the IYC-St. Charles facility, which requires substantial movement of youth between cottages, school, dietary, etc.; additional posts to cover the facility due to its size and layout; and the mental health special treatment unit, which requires additional staff.

To address this issue, the Department began tracking security staffing levels at each facility during the fall of 2016. Facility administrators provide DJJ Executive Staff with daily reports at the outset of each day shift detailing the number of security staff members on duty, the number of security staff members who called in and the basis for their absence, and a report of the effect on the facility's operations for that day. This practice allows the Executive Staff to track facility needs, understand how staffing impacts youth programming, and to help identify solutions.

To limit disruptions due to security staffing shortages, first, DJJ has focused particular attention on IYC-St. Charles staff on leaves of absence and intervened with efforts to return them to work when possible. DJJ retained a former administrator on a contractual basis to review workers' compensation files from August to October 2016. On October 25, 2016, the facility held a workers' compensation claims review with staff from the Illinois Attorney General's Office and its claims adjustor to prioritize files and formulate strategies for returning employees to work. These efforts resulted in approximately 18 staff members returning to work from August through December. Progress has slowed recently due to turnover in the IYC-St. Charles Human Resources Department, but the Department has a candidate for this position and is awaiting her response to the conditional employment offer. The former administrator will also be returning in February 2017 to again assist the facility in reviewing workers' compensation files.

Second, the Department recently hired new security staff members who recently completed training at the DJJ Intern Academy. Staff interns began working at their assigned facilities in

early January 2017. Each facility received the following number of new security staff members:

    IYC-Chicago: 6
    IYC-Harrisburg: 15
    IYC-Pere Marquette: 5
    IYC-St. Charles: 17[3]
    IYC-Warrenville: 5

Currently, the Department anticipates starting another Intern Class for all facilities and an Intern Class specific to IYC-St. Charles in March 2017. The Department is finalizing the hiring for this class but hopes to have between 10-20 interns. In addition, the Department is planning on having another intern class for all DJJ facilities starting in April 2017. The Department has budget authorization to add up to 38 interns specifically for IYC-St. Charles in these upcoming Intern Classes.

At IYC-St. Charles, the Department is also holding staff for overtime shifts when necessary to reduce the impact that staffing shortages have on programming.

Moving forward, the Department will continue to prioritize security staffing at IYC-St. Charles and is also assessing its current capacity at other facilities and residential placements to potentially transfer youth from IYC-St. Charles and further reduce that facility's population.

The Department provided the Safety and Welfare Monitor with a staffing needs assessment and the Deputy Director of Operations reviewed it with him. The Safety and Welfare Monitor indicated that the current plan is acceptable at this point.

5. **Youth and Family Specialist Staffing Levels**: DJJ shall achieve and maintain a staff-to-youth ratio for Youth and Family Specialists of an average of 20:1 as specified in the July 17, 2014 Supplemental Order.

    *Report: Substantial Compliance*

Youth to Youth and Family Specialists ratios of 20:1 have been achieved at all facilities.

Additionally, the Department tracks the ratio of direct care staff, including security staff, YFS, and all other staff providing youth with services and programming. The Performance Based Standards data from October 2016 shows that the Department now experiences higher ratios of direct care staff to youth than the national average, and DJJ has more than one direct care staff member for each youth in facility.

6. **Training of Staff with Youth Contact**: DJJ shall provide training to ensure that all staff that have direct contact with juveniles are adequately trained.

    *Report: Substantial Compliance*

---

[3] IYC-St. Charles started with 19 interns, but two interns decided not to pursue employment with the Department.

- Staff have been trained in the area of adolescent social and intellectual development.
- Staff have been trained in the area of gender responsive and cultural competent interaction with youth.
- Staff have been trained in the mental health and trauma needs of justice-involved youth.
- Staff have been trained in conflict resolution techniques (including conflict de-escalation).
- Staff have been trained in the participation of mental health staff in resolving conflicts.
- Staff have been trained in effective behavioral management including alternatives to use of confinement.
- Staff have been trained in report writing on use of force incidents, including the time, location, and reasons for force.
- Staff have been trained in alternatives to the use of force when appropriate.
- Staff have been trained in the basic principles of the Americans with Disabilities Act (ADA) and PREA.
- Staff have been trained in zero tolerance for verbal and sexual abuse and harassment.

The chart below summarizes staff training on each of the topics required by the Remedial Plan.

| Topic | Training Covering Topic |
|-------|------------------------|
| Adolescent social and intellectual development, and mental health and trauma needs of justice-involved youth | All Juvenile Justice Specialist Interns receive one full day of mental health training at the Academy and about five hours of mental health training at the facilities. All non-security new staff members are required to meet with mental health professionals at the facility for an introductory training within the first month of hire. Mental health professionals also address all staff during annual training and provide additional training as-needed for specific groups of staff focused on understanding and serving DJJ youth. During these trainings, the mental health professionals provide a general overview of the DJJ youth population, including information about understanding adolescent social and intellectual development, and mental health and trauma needs. At IYC-Harrisburg, to accommodate the Juvenile Sex Offender (JSO) population, staff members throughout the facility received training related to their specific areas provided by Illinois Department of Corrections, IYC-Kewanee, Indian Oaks Academy (a private provider specializing in the treatment of problem sexual behaviors), and Aftercare Placement Unit staff members familiar with working with this particular population. |
| Gender responsive and culturally competent interaction with youth | Cultural competency training is provided at the Juvenile Justice Specialist Intern Academy. These topics also are covered in the LGBTQI training at the Intern Academy and |

28

| | provided to all staff at the facilities (*see supra* p. 8). At IYC-Pere Marquette, the Anti-Defamation League also has provided training on bullying, racial tension, and cultural sensitivity, and the Treatment Unit Administrator provides cultural and diversity training for staff. |
|---|---|
| Conflict resolution techniques, including conflict de-escalation, and alternatives to the use of force when appropriate | These topics are covered in Crisis Prevention Institute (CPI) training delivered at the Juvenile Justice Specialist Intern Academy. Also, DJJ identified staff members at each facility and equipped them to provide CPI training to their colleagues at the facility level. Additional trainers have been identified and are currently participating in CPI training sessions (January 17-20, 2017). DJJ is also working with facility trainers to prepare them to be coaches that can help security staff members implementing CPI. Additionally, CPI is covered during the new supervisor/specialist meetings (*see infra* p. 32), and facilities are developing additional opportunities for on-going practice and training. |
| Participation of mental health staff in resolving conflicts | Mental Health staff provide training to members of each facility's crisis team (includes all shift supervisors, Duty Administrative Officers, and some security staff members) to keep the crisis team updated on crisis procedures and mental health issues. A new Crisis Team Training Manual has been finalized and will be the basis for future crisis team member trainings. |
| Effective behavioral management including alternatives to use of confinement. | This is covered in CPI and PBIS training (*see supra* pp. 23-25, *infra pp.* 30-31), and in training and discussions on the use of confinement (*see supra* p. 20). |
| Report writing on use of force incidents, including the time, location, and reasons for force | This topic is covered in the Juvenile Justice Specialist Intern Academy and annual training at the facilities. This is also covered in the supervisor/specialist trainings (*see infra* p. 32). |
| Basic principles of the Prison Rape Elimination Act (PREA) and zero tolerance for verbal and sexual abuse and harassment | These topics are covered in the Juvenile Justice Specialist Intern Academy and new-hire training for all non-security facility staff members. These topics are also covered in annual training at the facility level. |
| Basic principles of the Americans with Disabilities Act (ADA) | This topic is covered in annual training at the facilities. |

Additionally, from December 2016 to May 2017, the School District is providing a professional development training series featuring Dr. Anthony Muhammad, author of *Overcoming the Achievement Gap: Liberating Mindsets to Effect Change*. Dr. Muhammad's on-going trainings are focusing on how educators and other staff can change their mindset in working with justice-involved youth and achieve better outcomes for students.

The Department also has launched targeted training campaigns over the past two years focusing on the following topics:

*PBIS (Positive Behavioral Interventions and Support) Training*

DJJ has focused on PBIS as it works to integrate the behavioral-management program into all aspects of facility operations. DJJ hired a PBIS coach on a year-long contract to provide training and support in PBIS at all DJJ facilities. In addition, DJJ's Deputy Director of Programs, Chief of Training and Professional Development, and Chief of Mental Health visited each DJJ facility and spoke to staff at all levels, including front line supervisors, middle management, and facility administrators. They received feedback from staff about what is working with PBIS, where there are gaps, and they will have follow-up meetings in early 2017 to further implement staff suggestions. Again, PBIS is also a key driver behind the Department's revised release procedures.

The complete timeline of PBIS training is as follows:

- July of 2013-June of 2014: Initial round of training commenced. It was a full week at each facility with all staff, conducted by a PBIS consultant.
- July 2014: DJJ instituted a weekly PBIS check-in calls with DJJ facilities. The calls became monthly calls in the fall of 2014 and continued through July 2015.
- October 2014 & 2015: Key PBIS leadership staff (at least 2 per facility) were all sent to a PBIS training conference in Rosemont, IL.
- November 2015: DJJ recognized the need for additional support and contracted with a PBIS coach to assist the facilities in their PBIS implementation.
- January-March of 2016: The PBIS coach spent time at each facility going over initial assessments and creating action plans.
- April-July of 2016: The PBIS coach spent several days at each facility checking in on action plans, meeting with administrators and coaching line staff in real time on each shift in applying PBIS practices.
- May 2016-August 2016: DJJ held Department-wide video conferences every three weeks to discuss PBIS program implementation progress and troubleshoot issues. During these videoconferences, a number of implementation questions and logistical issues arose that needed to be solved.
- July 2016-September 2016: DJJ Executive Staff (Chief of Mental Health, Chief of Training and Professional Development, and Deputy Director Programs) followed up at every facility with roundtable discussions for Administrative teams, supervisors, and direct care staff to gather feedback about what was working and where staff experienced challenges.
- October-November 2016: The PBIS coach synthesized the implementation status at each facility and created a toolkit for DJJ to use to continue to enhance implementation going forward.
- September-December 2016: DJJ Chief of Mental Health, Chief of Training and Professional Development, and Deputy Director of Programs compiled feedback into a set of standards and guidelines for staff to enhance implementation of PBIS.
- January-February 2017: DJJ will roll out the revised standards and guidelines.

## CPI (Crisis Prevention Institute) De-Escalation Training

Facility staff have received the following Crisis Prevention Institute de-escalation training (CPI training):

- January 2015: Facility trainers attended CPI training.
- 2015-2016
  - Facility CPI trainers conducted their own CPI trainings at facilities. Initially, these trainings were taking place on average once a month at each facility to get the majority of staff trained. These trainings continue to take place at the Intern Academy and on an ongoing basis at the facilities.
  - CPI continues to be a part of informal trainings, through roll-call reviews and the supervisor/specialist bi-monthly training meetings.

## LGBTQI Training

The Department's efforts for LGTQI training are provided in more detail at *supra* p. 8. The specific timeline for implementation of LGBTQI training is as follows:

- February 2015: DJJ's LGBTQI consultant had an initial meeting with DJJ Executive Staff and commenced training at the DJJ Intern Training Academy. Intern class trainings remain ongoing for each new intern class.
- January 2016-present: The LGBTQI consultant began training in the facilities. To date, Aftercare, IYC-Harrisburg, IYC-Chicago, IYC-Warrenville, and IYC-Pere Marquette have received training. Currently, it is anticipated that IYC-St. Charles staff will receive this training in the spring of 2017.

## YASI (Youth Assessment Screening Instrument) Training

The Department's implementation of YASI is described in more detail at *supra* pp. 21-22. The specific timeline for implementation of YASI training is as follows:

- February-April 2015: YASI rollout and training on the YASI Assessment
- May 2015: YASI Pre-Screen started at DJJ Reception Centers
- May-August 2015: Practice-period on the YASI Assessment
- August-October 2015: YASI Case Planning Training
- November 2015: YASI Assessments and Case Planning implemented
- 2016: Case Planning Coaching and Support

## PREA (Prison Rape Elimination Act) Training

The Prison Rape Elimination Act (PREA) has been another area of focus for the Department over the past year. All department heads receive training on a yearly basis, and training is provided to all new staff members upon hire, including at the JJS Intern Academy. Interactive training materials are provided to department heads for use with their staff, and PREA procedures and requirements were reviewed with staff during roll calls. DJJ hired a full-time Compliance Coordinator in July 2016 who reviewed all of the Department's policies for PREA compliance. He also assists staff in responding to PREA-related incidents to ensure that they are handled appropriately. In August, the Department had its first round of PREA audits, and all five facilities passed the audit with 100% compliance.

*Training Implementation*

The next step is implementing these trainings and better embedding them with staff, including increasing accountability measures.

First, DJJ has developed a training strategy to address a particular concern in the monitors' reports by building security supervisors' competency in managing the newer, less experienced Juvenile Justice Specialist (JJS) staff. In the summer, DJJ piloted a new supervisor training at IYC-Harrisburg. Supervisors meet with their assigned specialists twice a month to review and give feedback on a variety of topics, such as CPI, PBIS, PREA, line movements, count procedures, and restraints. These training sessions are documented and become part of the specialist's training file. Facility supervisors in turn meet monthly with their Chief of Security for similar review and feedback. After piloting this program at IYC-Harrisburg, it was rolled out to all facilities in the fall of 2016. DJJ plans to expand this training program to the counselor (YFS) staff in 2017.

Second, DJJ will be providing refresher training for new JJS staff within their first year of employment. IYC-Chicago recently piloted this eight-hour training course, which reviewed various policies and procedures such as such as conducting "shake-downs" of youth living units, PBIS, facility counts and other general procedures. The training provides JJS staff with on-site instruction on the topics they learned in the Intern Academy along with an informal learning opportunity to receive coaching on topics in which they may be struggling. DJJ leadership is developing guidelines for this course and will be expanding it to other facilities in February 2017.

Finally, to better embed these trainings into facility practice and culture, the Department is redefining the role of its current Chief of Professional Development and Training, moving her into a Deputy Director position which will focus more on implementation of the Department's trainings and initiatives.

7. **Youth Grievance Reporting**: DJJ shall ensure that all youth have adequate means to report allegations of abuse and/or submit grievances.

   *Report: Partial Compliance*

   - A sexual abuse or harassment hotline for youth has been instituted and maintained.
   - A grievance box and grievance forms are available on each unit.
   - Enhanced education has been provided to youth and staff about the grievance process.
   - Monthly reports describing all grievances and their resolutions have been submitted to the Director.
   - The monthly reports submitted to the Director are available to the court-appointed experts and Plaintiffs' counsel upon request.

DJJ has a current grievance policy (Administrative Directive 04.01.114) but is working to revamp it to increase youth's awareness of the process and overall trust in the system based on concerns raised by the monitors and Plaintiffs' counsel. Currently, youth receive

instructions on the grievance process in their youth orientation manual. Locked boxes are located in facility housing units or dietary for youth to submit grievances.

DJJ's Independent Juvenile Ombudsman also maintains an active presence at DJJ facilities and works closely with the Executive Staff to resolve a range of youth complaints as they arise. DJJ believes that in some instances youth may be bypassing the normal grievance process and working directly with the Ombudsman to resolve their issues. For example, from August 2015 to June 2016, she had over 1,400 in-person contacts with DJJ youth.

This coming year, the Department will focus on making the youth's counselor (YFS) more engaged in the grievance process so that DJJ staff members are the first step in addressing easily-resolved issues rather than engaging the Ombudsman at the outset. DJJ also will provide additional training on the grievance process for all new staff members, including at the Intern Academy, and in the orientation it provides to youth upon entering the facility. DJJ is also working closely with the Ombudsman to revise the DJJ grievance policy and procedures to address youth concerns that grievances do not remain confidential and are not timely resolved. A draft grievance policy will be provided to the monitors and Plaintiffs' counsel for feedback by February 1, 2017.

8. **Independent Juvenile Ombudsman**: DJJ will advocate for passage of proposed legislation to create Independent Juvenile Ombudsman.

   *Report:  Substantial Compliance*

   Illinois Public Act 098-1032 was passed and signed into law. Kathleen Bankhead is the Independent Juvenile Ombudsman.

9. **Limits on Mechanical Restraints**: DJJ shall adopt and implement a policy limiting the use of mechanical restraints.

   *Report:  Substantial Compliance*

   The Department's mechanical restraint policy, which was approved by the monitors and the Court, provides that DJJ "shall use security restraints to protect property or persons, or to ensure the custody of youth." Under current policy, "Security restraints shall not be applied for more time than is absolutely necessary or used for the purpose of punishment." Administrative Directive 05.01.126.

   DJJ continues to cover this policy with staff and review incidents to ensure that it is being followed. For example, anytime an "unusual incident," such as a youth fight or assault, occurs at a DJJ facility, the Deputy Director of Operations (or designated Executive Staff member) is notified by phone to review the incident with the facility. In addition, an "Unusual Incident Report" detailing the incident is emailed to all Executive Staff for their review. In the Unusual Incident Report, staff members document whether mechanical restraints are used, the justification for the use of mechanical restraints, and when restraints are removed. Both facility administrators and Executive Staff frequently review video

footage of these incidents to assess how they were handled, including whether the use mechanical restraints was appropriate and consistent with the Department's policies. Depending on the circumstances, the review may prompt an investigation and possible counseling or discipline of involved employees.

DJJ's Deputy Director of Operations recently reviewed the mechanical restraint policy with facility administrators on the weekly Monday-morning call, and the facilities have been addressing the policy with security staff during roll-calls. For example, at IYC-Harrisburg, facility administrators ask staff members to complete a questionnaire following an incident where restraints were used and then debrief with the staff members involved. The questionnaire guides staff through analyzing the event to determine whether other interventions could have been used earlier to prevent the incident, or whether alternative interventions could have been used to manage the incident more effectively.

Facility staff have also received the Crisis Prevention Institute's de-escalation training (CPI training), as described at *supra* pp. 29-31. Fully implementing this training and building staff investment will be an on-going process, and is part of the supervisor/specialist training described above. DJJ leadership began a series of meetings focused on this topic in October, and is developing a comprehensive implementation strategy for 2017 focused on improving staff buy-in and compliance with its policies.

10. **General Programming**: DJJ shall create and implement a policy to provide opportunities, subject to reasonable security concerns, for all DJJ youth to spend at least eight hours per day outside of their rooms engaged in supervised activities.

> *Report:  Partial Compliance*

- A policy for youth to spend at least eight hours per day outside of their rooms, subject to reasonable security concerns, has been implemented.
- The Department is working to ensure the facilities are implementing their plans to provide for opportunities outside of school or treatment for the youth to participate in an appropriate mix of physical exercise, recreational activities, and work details.

Administrative Directive 04.01.130 requires that the Department provide "a minimum of 12 hours of program services and/or out-of-room activity during each weekday except State holidays, and a minimum of 8 hours of program services and/or out-of-room activity during State holidays and weekends."

Youth residing at DJJ facilities can participate in a number of supplemental programs. A summary of each facility's offering is as follows:

| Facility | Supplemental Programs |
|----------|----------------------|
| IYC-Chicago | IYC-Chicago offers a variety of programmatic opportunities for youth in addition to 5 hours of school during scheduled school days. Programs include Bible Studies facilitated by various volunteer groups, Storycatchers (works with youth to develop and perform a musical production inspired by youth's own life stories); Safe |

| | |
|---|---|
| | Humane (3-month program teaches youth to bond with and train shelter dogs); and Chicago Symphony Orchestra Residency (teaches youth to play instruments). The School of the Art Institute of Chicago also hosts a semester-long class where its students and IYC-Chicago youth work together to create short-films, exposing youth to script-writing, filming, and editing. Additionally, youth can attend various field trips in the Chicagoland area, including the Goodman Theater, the Court Theater, and the Shakespeare Theater. The facility also hosts programs centered on workforce development, such as resume writing, interview preparation, and job search skills. Youth also have access to i-Pad tablets and have other guided recreation time out of their rooms. |
| IYC-Harrisburg | Programmatic offerings include a new gardening project, jobs at the facility working on grounds or in dietary, softball, basketball and football. |
| IYC-Pere Marquette | IYC-Pere Marquette offers a number of programs outside of the facility, including church services, YouthBuild, gymnasium recreation and swimming at Principia College, and bowling and movie outings. The facility also provides on-site programming including Bible study, popcorn and movie nights for A and B level youth, Narcotics Anonymous and Alcoholics Anonymous groups, and Fellowship of Christian Athletes activities. Of particularly note is IYC-Pere Marquette's thriving youth soccer league on Tuesday evenings. |
| IYC-St. Charles | St. Charles programming mostly consists of physical and recreational activities include basketball training/coaching through the Wheaton College basketball team, flag football, running club, softball and baseball. Additional volunteer-based programming includes literacy tutoring, Bible study and prayer groups, Malachi Dads Parenting Group, mentoring, Young-Life, Alcoholics Anonymous, Catholic Chapel, Yoga, Anti-Cruelty Society Dog Trainings, and St. Charles Christ Community Church music concerts. The facility also has an Honors Dorm and a Teen Center. |
| IYC-Warrenville | Programming activities for youth include volunteer religious services/prison ministry, Storycatchers (youth development performing arts group), knitting group, arts and crafts, book club, and Drug out Support group. Field trips take place a couple of times per month or more depending on the available opportunities that are offered to the facility. Youth have taken trips to a church program off grounds and to various theater performances including Storycatchers performances like the Firewriters at IYC – Chicago and Teens Together which is usually performed at Columbia College. In addition to seeing musicals in Chicago theatres, like the Goodman and Mercury, youth have also visited the Paramount in Aurora and Drury Lane in Oak Brook. In March 2016, youth performing as "the Fabulous Females" performed a portion of their show for the |

| | Supreme Court Judges in Springfield. IYC-Warrenville has also recently established a basketball team. |
|---|---|

Additionally, a former Blackhawks player and team staff recently visited IYC-St Charles, Warrenville and Chicago to conduct hockey clinics and provide motivational speaking. DJJ plans to continue this relationship in 2017. All five facilities also offer the Liberation Library program, a partnership with a volunteer organization that collects books for youth to request and enables youth to write letters to volunteers about the books they have received.

Currently IYC-St. Charles has the least rich offering of these supplemental programs, and this facility will be of primary focus for DJJ in 2017. Staff members at that facility recently have scheduled basketball tournaments with the youth and on-site volunteers, and work is underway to coordinate an intramural basketball league between youth residing in the three Northern facilities.

Ensuring that youth receive at minimum eight hours of out-of-room time remains a key priority for the Department moving forward. The Department has identified senior Executive Staff and administrators who will be responsible for conducting unscheduled audits of facilities to confirm that the facilities are adhering to their programmatic and recreational schedules. These staff include the Deputy Directors of Operations and Programs and the Department's Compliance Coordinator. In addition, the Department is returning a retired facility administrator back on a short-term appointment to conduct these audits, as well as ensure compliance with other areas of the consent decree, such as PBIS implementation. The Superintendent at IYC-Warrenville similarly will be dedicating some of her time to auditing the Department's facilities for compliance in various areas.

11. **Legal Assistance to Youth**: Plaintiffs' counsel shall prepare a list of non-profit legal organizations that might assist youth who believe their rights have been violated by DJJ conditions or services.

> *Report: Substantial Compliance*

- A list of non-profit legal organizations that might assist youth who believe their rights have been violated by DJJ conditions or services has been prepared by Plaintiffs' counsel and provided to DJJ.
- DJJ has reviewed the list and posted it in prominent locations in the day and visitation rooms in DJJ youth centers.
- DJJ reasonably facilitates confidential communications between youth and such attorneys by means of face-to-face meetings, telephone calls from attorneys to youth, and telephone calls from youth to attorneys whom they have an existing attorney-client relationship.

DJJ provides youth with access to information about legal organizations and other outside support groups. The facility day rooms and visitation rooms include a list of non-profit legal organizations able to assist youth who believe their rights have been violated. DJJ also posts

contact information for the John Howard Association, the PREA Hotline, and the Ombudsman.

## REMEDIAL PLAN PART VI: COMMUNITY PLACEMENT

1. **Placement Coordinator**: DJJ shall assign a Placement Coordinator to oversee planning for community placement and identifying and resolving placement barriers.

   *Report: Substantial Compliance*

   The Placement Team was hired in February 2016 and is composed of a Manager, Placement Coordinator, and three Placement Supervisors, who focus specifically on the placement of youth who are in facility and in need of an alternative placement and those in community in need of placement. DJJ also has two Resource Coordinators whose primary responsibility is to find quality resources for youth as needed. This team has reduced the burden on regular Aftercare Specialists in securing residential placements for youth. Aftercare has expanded services to include increased residential treatment programs for behavioral health needs, transitional housing and independent living for older youth, and family-based services including MST (Multi-Systemic Therapy) services (to sustain home placements). The Placement Unit compiles monthly reports on youth needing residential placement, and these reports will be provided to Plaintiffs' counsel and the monitors upon request.

2. **Discharge Planning Upon Intake**: DJJ shall engage in initial placement planning upon intake.

   *Report: Substantial Compliance*

   - DJJ engages in initial placement planning for each youth within fourteen days of that youth's commitment to DJJ and arrival at a DJJ facility.
   - The placement planning incorporates concurrent planning to minimize the number of youth who, but for a lack of placement, could be released on aftercare status.

   Each reception and classification unit initiates placement planning when youth arrive to reception, and thereafter works cooperatively with Aftercare services to secure placements for youth.

3. **Preparation of Youth for Placement**: DJJ shall collaborate with placement providers to prepare youth for placement in residential facilities and enhance their prospects for success at those facilities.

   *Report: Substantial Compliance*

   DJJ collaborates with providers to prepare youth for placement in residential facilities and enhance their prospects for success at those facilities.

4. **Placement**: DJJ shall take all steps necessary, including but not limited to requesting appropriations and seeking vendors, to establish a sufficient number of available beds in appropriate community facilities for juvenile sex offenders and other youth who require residential placement upon release in Illinois.

>    *Report:  Substantial Compliance*

DJJ has established a sufficient number of available beds in appropriate community facilities for juvenile sex offenders and other youth who require residential placement upon release in Illinois.  DJJ has also expanded its use of "authorized absence," which places youth in residential treatment facilities prior to their release onto Aftercare.  In 2016, DJJ worked with Indian Oaks Academy to set up a six-bed unit solely for DJJ sex offenders.

## REMEDIAL PLAN PART VII:  IMPLEMENTATION AND MONITORING

1. **Deputy Director of Quality Assurance**: DJJ shall appoint a Deputy Director of Quality Assurance to monitor the delivery of services and programs to youth, ensuring implementation of programs and operations are consistent with the agency's objectives and assisting with development and implementation of statewide policies, procedures, guidelines, and performance standards.

>    *Report:  Substantial Compliance*

The Department hired a Quality Assurance and Research Manager who oversees the Department's data collection.  DJJ posts data on its external website on a monthly basis, reporting facility population and security staff levels; information about youth diagnoses, psychotropic medication, rates of self-harm attempts, and substance abuse treatment; school information, including student enrollment, teacher staffing levels, percent of special education students, and diplomas awarded; reportable incident rates, including use of chemical restraints, mechanical restraints, and confinement by facility; and Aftercare caseloads.  This data is used for public transparency, and is also reviewed with facility superintendents at monthly meetings with Executive Staff.  The Department's data reports are available at https://www.illinois.gov/DJJ/Pages/default.aspx.

The Department also employs a Compliance Coordinator who is overseeing facility audits to ensure compliance with the Department's Administrative Directives and consent decree requirements in addition to PREA compliance.

In addition, the Department is redefining the role of its current Chief of Training and Professional Developing, moving her into a Deputy Director role which will focus not only on training but also on implementation of the Department's initiates into all facilities.

2. **Monitoring and Access to Data**:  DJJ shall facilitate monitoring by the court-appointed experts and plaintiffs' counsel, and shall confer with the experts and counsel regarding the data they will require and when and how it shall be provided.

> *Report: Substantial Compliance*

The DJJ Quality Assurance and Research Manager works closely with the monitors to discuss their data needs and provides data to the monitors and Plaintiffs' counsel on request.

In December of 2015, the Department launched the Youth360 electronic data management system. This system has allowed the Department to make significant progress collecting and tracking youth data.

3. **Monitoring of Chemical Agents**: The court-appointed experts and the plaintiffs' counsel may monitor DJJ's use of chemical agents.

> *Report: Substantial Compliance*

Monthly data on the Department's use of chemical agents is available on the Department's website.