**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| R.J., et al.          )<br>                            )<br>        Plaintiffs,  )<br>                            )<br>vs.                      )<br>                            )<br>                            )<br>HEIDI MUELLER,  )<br>                            )<br>        Defendant.  ) | Case No.:  12-cv-07289<br><br>Hon. Matthew F. Kennelly |

## ORDER REGARDING REPORTING REQUIREMENTS

This matter coming before the Court for an in-chambers status hearing, counsel for both parties being present, it is HEREBY ORDERED:

1. On June 1, 2017, the parties shall file a joint status report.  This report shall identify the provisions of the remedial plan, if any, for which plaintiffs contend that the defendant is not in substantial compliance.  For each such provision, the report shall detail the parties' positions with respect to compliance and plans for compliance.

2. On December 1, 2017, the parties shall file a second joint status report.  This report shall detail the parties' positions with respect to compliance and plans for compliance for each requirement of the remedial plan.  The report shall also indicate the court-appointed monitors' positions regarding compliance, as reflected in their reports filed with the Court.

3. The parties shall continue to file semi-annual joint status reports as described in paragraphs 1 and 2, each year until otherwise instructed by the Court.

4.      This matter is set for a status hearing on April 17, 2017 at 9:30 a.m., at which the parties shall report, *inter alia*, on the status of security staffing at IYC St. Charles, substitute teacher hiring, and hiring of a Child and Adolescent Psychiatrist.

IT IS SO ORDERED.

By: _____

Date: February 16, 2017

United States District Court Judge