**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| R.J., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-7289 |
| | ) | |
| HEIDI MUELLER, Director of the | ) | Hon. Matthew F. Kennelly |
| Illinois Department of Juvenile Justice, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER TO MAINTAIN COMPLIANCE WITH CONSENT DECREE**

This case is before the Court on the parties' Joint Motion to Approve Agreed Order. The parties have advised the Court that the State of Illinois has not yet passed a budget appropriation for the State Fiscal Year beginning on July 1, 2017 (the "FY 2018 budget"). In the absence of a FY 2018 budget appropriation, Defendant shall continue to provide all programs, services and personnel required by the Consent Decree (Dkt. #33), the Remedial Plan (Dkt. #73), this Court's July 17, 2014 and May 10, 2016 Supplemental Orders (Dkt. ##84, 165), and any further enforceable Supplemental Orders related to the Consent Decree and Remedial Plan.  In entering this Order, this Court acknowledges that in the past, the Illinois State Comptroller has taken the position that, without an appropriation, the Comptroller does not have the authority to continue to make payments for current personnel that are necessary to maintain compliance with the Consent Decree, Remedial Plan, and the Supplemental Orders unless specifically ordered to do so by the Court.

In order to maintain compliance with the Consent Decree, the Remedial Plan, and the Supplemental Order, IT IS HEREBY ORDERED THAT:

1. Until the earlier of January 1, 2018 or the effective date of the FY 2018 budget, or until further order of the Court, the Comptroller shall continue to make all payments for all services, all current programs and all personnel, at a level no less than the levels paid in Fiscal Years 2015, 2016, and 2017, that are necessary to comply with the Consent Decree, the Remedial Plan, and any Supplemental Orders related to the Consent Decree or Remedial Plan. This order shall remain in effect until the earlier of January 1, 2018 or the effective date of the FY 2018 budget, or until further order of the Court.

2. Defendant shall publish this Order by (i) posting it on the Illinois Department of Juvenile Justice ("IDJJ") website, and (ii) transmitting a copy of the Order to the Illinois Comptroller and to all IDJJ personnel, via email where available and by such other additional means as the Defendant employs for communications to the foregoing persons and entities in their usual course of business.

Dated: June 29, 2017                                  SO ORDERED

BY: _____
Matthew F. Kennelly
United States District Judge