IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R.J. et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 12-cv-7289 |
| ) | |
| HEIDI MUELLER, ) | Hon. Matthew F. Kennelly |
| ) | |
| Defendant. ) | |

**DEFENDANT'S STATUS REPORT**

On June 8, 2017 (Dkt. No. 192), this Court entered an order requesting an update on the hiring of the Child and Adolescent Psychiatrist and the educator shortage at IYC-St. Charles. Defendant's update on those two areas is below:

**Board-Certified Child and Adolescent Psychiatrist:**

The Department now has a contract (fully executed as of August 1) with a Child and Adolescent Psychiatrist. She is currently in the backgrounds process and the Department has requested that the Backgrounds Unit prioritize its review of her application. It is anticipated that she will complete background clearance and drug screening by the middle of August and can begin her site visits any time thereafter.

**Educator Shortage**

All facilities continue to provide full-time, full-day school with the exception of IYC-St. Charles. At IYC-St. Charles, all cottages are receiving at least half-day school.

To meet the requisite youth to teacher ratios, IYC-St. Charles needs seven additional general education teachers, and five special education teachers. DJJ continues to work toward filling those positions. Interviews were just completed, and four general education teachers and

one special education teacher are being recommended to hire. An additional general education teacher has accepted a conditional offer to teach on a contract, and he is undergoing the background check process. A candidate for the Special Education Resource Coordinator position also is undergoing a background check. IYC-St. Charles already has one school counselor, and interviews for the second school counselor position are scheduled for August 30-31, 2017. The IYC-St. Charles Principal resigned in July, and the Department has temporarily assigned an educator from IYC-Harrisburg to that position. The position has been posted and interviews are scheduled for August 30-31, 2017. Despite the educator shortage, youth are continuing to graduate from DJJ's program. On August 10, 2017, sixteen students earning their GED or high school diploma participated in a graduation ceremony.

Four Lake Land College students have completed a certification program at IYC-St. Charles. All four of these students are receiving full scholarships (including housing) from private donors to complete their college education. The scholarships include completing an Associate's Degree at Lake Land College or another local community college, and then transferring to a four year university to complete a Bachelor's Degree.

To assist in recruitment, the Department also will be establishing nine-month educator positions in addition to the current twelve-month positions. The Department has discussed this with both the Illinois Department of Central Management Services (CMS) as well as the teachers' union representation, American Federation of State, County and Municipal Employees (AFSCME), and has received approval to move forward with creating these positions. The Department is scheduled to meet with AFSCME on September 6, 2017, to finalize the conditions of employment for the nine-month positions.

Dated: August 11, 2017

LISA MADIGAN
Attorney General of Illinois

Respectfully submitted,

/s/ *Michael T. Dierkes*

Michael T. Dierkes
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3672

Counsel for Defendant