**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| R.J., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 12-cv-7289 |
| v. ) | |
| ) | Hon. Matthew F. Kennelly |
| HEIDI MUELLER, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

Pursuant to the Court's orders (Dkt. 211, 220), the parties hereby submit the proposed amendment to the Consent Decree attached hereto as Exhibit 1, requiring disclosure and notice of referrals for delinquency or criminal prosecutions of youth within the custody of IDJJ. The proposed modification attached as Exhibit 1 amends paragraph 34 of the Consent Decree (Dkt. 33, p. 7 ). A redline showing the changes to paragraph 34 resulting from the parties' proposed amendment is attached as Exhibit 2.

DATED: October 6, 2017

| **For the plaintiffs:** | **For the defendant:** |
|---|---|
| By: /s/ Camille E. Bennett | By: /s/ Michael T. Dierkes |
| | |
| Benjamin S. Wolf | Michael T. Dierkes |
| Camille E. Bennett | Office of the Illinois Attorney General |
| Lindsay S. Miller | General Law Bureau |
| Roger Baldwin Foundation of ACLU, Inc. | 100 West Randolph Street, 13th Floor |
| 180 North Michigan Avenue, Suite 2300 | Chicago, IL 60601 |
| Chicago, IL 60601 | (312) 814-3672 |
| (312) 201-9740 | |
| | |
| Maja C. Eaton | |
| Kevin M. Fee, Jr. | |
| Joseph R. Dosch | |
| Sidley Austin LLP | |
| One South Dearborn Street | |
| Chicago, IL 60603 | |
| (312) 853-7000 | |

## **CERTIFICATE OF SERVICE**

      I, Camille E. Bennett, hereby certify that on October 6, 2017, I caused true and correct copies of the foregoing NOTICE OF FILING to be served upon all counsel of record via the Court's ECF system.

                                                  /s/ Camille E. Bennett