**EXHIBIT 2**

**Parties' Proposed Amendment to Consent Decree as to
Referrals for Delinquency or Prosecution
<u>Redline Comparison</u>**

34. The defendant's facilitation of monitoring. To facilitate monitoring, the defendant shall:

(a) Provide the monitor<u>s</u> and the plaintiffs' counsel each with one-day notice of the in-custody death or off-facility hospitalization of any youth.

(b) Provide the monitor<u>s</u> and the plaintiffs' counsel each with access to all facilities, documents, information, staff, and youth of the IDJJ and of any person or agency contracting with the IDJJ to provide services to youth, provided that health, mental health, and substance abuse records are subject to the protective order in this case.

(c) <u>Provide the monitors and the plaintiffs' counsel each, on a monthly basis, with the names of youths who, to the knowledge of IDJJ's administration, have been referred for delinquency or criminal prosecution as a result of incidents occurring while in IDJJ custody. These monthly reports shall also include the youth's age, race, mental health level, committing county, date of the alleged offense, a description of the alleged offense and the associated reportable incident report, and the status of the prosecution, if known to IDJJ's administration.</u>

~~(c)~~<u>(d)</u>    Comply with reasonable requests by both the monitor<u>s</u> and the plaintiffs' counsel for any <u>other</u> information that is related to their review and evaluation of defendants' compliance with the remedial plan and this consent decree.

~~(d)~~<u>(e)</u>    Allow the monitor<u>s</u> and the plaintiffs' counsel each to conduct private, ex parte interviews of youth.

~~(e)~~<u>(f)</u>    Allow the monitor<u>s</u> to conduct private, ex parte interviews of the staff of the IDJJ and the IDJJ's contractors.

~~(f)~~<u>(g)</u>    Allow the monitor<u>s</u> to conduct unannounced visits to any IDJJ facility.