**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| R.J. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-7289 |
| | ) | |
| HEIDI MUELLER, | ) | Hon. Matthew F. Kennelly |
| | ) | |
| Defendant. | ) | |

**JOINT SUBMISSION OF MONITORING REPORTS**

Plaintiffs and defendant, by their respective counsel, as required by paragraph 32 of the consent decree in this case (Dkt. No. 33), respectfully submit the attached monitoring reports of Kelly Dedel, Ph.D. on safety and welfare issues and Peter Leone, Ph.D. on education issues.

DATED: December 7, 2017                    Respectfully submitted,

**For the plaintiffs:**                    **For the defendant:**

By: /s/ Lindsay S. Miller                  By: /s/ Michael T. Dierkes

Camille Bennett                            Michael T. Dierkes
Lindsay S. Miller                          Office of the Illinois Attorney
Roger Baldwin Foundation of ACLU, Inc.     General
150 North Michigan Avenue, Suite 600       General Law Bureau
Chicago, IL 60601                          100 West Randolph Street, 13th Floor
(312) 201-9740                             Chicago, IL 60601
                                           (312) 814-3672
Maja C. Eaton
Kevin M. Fee, Jr.
Joseph R. Dosch
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
.