# The Status of Education Services and Supports for Students in the Illinois Department of Juvenile Justice, 2017[1]

Peter E. Leone, Ph.D.
December 6, 2017

---

[1] This report is a requirement of the *R.J. et al. v. Mueller* Consent Decree approved by the U.S. District Court on December 6, 2012.

## Introduction and Summary

This report is the fifth in a series on the status of education services for youth in the Illinois Department of Juvenile Justice (DJJ) youth centers. On February 3, 2017, I visited IYC- St. Charles with the Court, the other monitors, counsel for the parties, and the DJJ Director and members of the executive staff. I also visited each of the five DJJ facilities between June and August 2017. During this reporting period I also conferred with education staff, participated in conference calls, spoke individually with attorneys for the parties, and talked with the other monitors. On September 15, I attended the Board of Education meeting for School District #428 via conference call and discussed my recent visits to facilities and the status of compliance with the remedial plan. In October I had two phone conversations with AFSCME leadership about student behavior in DJJ facilities and the Saline County prosecutions of youth at IYC-Harrisburg earlier this year.

    The education components of the Remedial Plan approved by the Court in April 2014 require full-time schooling for youth, new staffing levels and positions, substitute teachers, a blended instructional model, career and technical education, post-secondary education, and special education services. With the exception of IYC-St. Charles, the quality of education services continues to improve at IYC facilities. A number of new administrative and support staff, strong leadership at many of the facilities, and on-going staff development have had a marked impact on education services and supports. DJJ is in substantial compliance with some of the education provisions of the Remedial Plan at many facilities. The education program at the Samuel Sublett School at IYC-St. Charles continues to struggle to meet the provisions of the Remedial Plan.

The cumbersome and inefficient hiring process described in earlier reports continues to be a major impediment to DJJ achieving substantial compliance at all facilities. On October 23, 2017 I wrote to Director Mueller to express my concerns about the current hiring process and its impact on education services at IYC-St. Charles. Among other things, I recommended removing CMS (Central Management Services) from grading education positions and allowing DJJ to develop its own system for criminal background checks.[2] I also recommended that DJJ contract with another agency or provider to provide services if DJJ could not fully staff and provide mandated education services at St. Charles.

On November 22, Director Mueller responded to my October 23, 2017 letter.[3] She identified steps that DJJ was taking in concert with the Department of Corrections (DOC) and Central Management Services (CMS) to address concerns about lengthy delays in hiring staff and about education services at IYC-St. Charles. Most recently, on November 28, 2017 via conference call, Director Mueller, Education Superintendent Redmond-Jones, attorneys for the parties and I discussed DJJ's response and a recent agreement with AFSCME to create 9-month teaching positions within DJJ to provide more flexibility and options for education staff. Review and discussion of the changes outlined in Director Mueller's letter of November 22, 2017 are scheduled with the parties in January 2018. The parties agreed to examine the impact of changes in DJJ's hiring process and the ability to attract and retain teachers and other education staff in early April 2018, four months after the submission of this report.

## Meeting the Education Needs of Youth

In November 2017, DJJ officially named the schools in each of the youth centers. Thurgood

---

[2] A copy of my October 23, 2017letter to Director Mueller can be found in Appendix C.
[3] A copy of Director Mueller's November 22, 2017 letter can be found in Appendix C.

Marshall at IYC-Chicago; Samuel Sublette at IYC-St. Charles; Booker T. Washington at IYC-Harrisburg; Glencliffe Academy at IYC-Pere Marquette; and Maya Angelou at IYC-Warrenville became the new school names. Students participated in the naming process at each site and ceremonies marking the event were held with DJJ leadership and state legislators. Naming the schools in District #428 has the potential to elevate the importance of education within DJJ and signals to a broader audience the critical role education plays in helping incarcerated youth become engaged and productive citizens when they return to their communities.

**Staff shortages.** Teaching staff vacancies at IYC- St. Charles continue to hobble the education program at that facility and deny youth their right to education under this Consent Decree and state and federal regulations for general and special education. During this reporting period students at St. Charles continued to attend school approximately two to three hours each day, far short of the five hours or 300 minutes of instruction each day as required by the Remedial Plan and the Illinois State Board of Education. Students at St. Charles enrolled in special education do not receive services as specified on their IEPs. The July 2017 DJJ Monthly Report showed that school was closed or disrupted on 17 school days that month. Leadership is an essential element of an effective school program. While teaching vacancies have disrupted education services, vacancies in the principal's office are also a concern. New principals began at Sublet School at St. Charles and at the Maya Angelou School at Warrenville in October 2017.

The 2015 education report indicated that only two of six DJJ Youth Centers – Pere Marquette and Warrenville – had a full complement of teachers and that teaching and other education staff vacancies existed all other youth centers. The 2016 education report noted that all DJJ facilities had education staff vacancies. The 38 vacancies in

September 2016 included 11 new positions for school counselors and special educators – positions required by the Remedial Plan. Tables 1 and 2 display the current status of DJJ education staffing in the central office and at each facility in September 2016 and November 2017. Appendix A shows general education and special education teaching vacancies at each DJJ facility. While some variability exists across sites between 2016 and 2017, in general IDJJ continues to struggle to maintain a full complement of teaching and support staff at each facility.

*Table 1: DJJ Education Vacancies, September, 2016[4]*

|  | Authorized | Filled | Vacancies |
|---|---|---|---|
| School District – Admin | 6 | 4 | 2 |
| IYC – Chicago | 17 | 13 | 4 |
| IYC- Harrisburg | 27 | 24 | 3 |
| IYC -Pere Marquette | 12 | 6 | 6 |
| IYC - St Charles | 29 | 14 | 15 |
| IYC – Warrenville | 16 | 11 | 5 |
| **Totals** | 109 | 71 | 38 |

*Table 2: DJJ Education Vacancies, November 2017*

|  | Authorized | Filled | Vacancies |
|---|---|---|---|
| School District – Admin | 6 | 4 | 2 |
| IYC – Chicago | 20 | 11 | 9 |
| IYC- Harrisburg | 27 | 23 | 4 |
| IYC -Pere Marquette | 13 | 11 | 2 |
| IYC - St Charles | 32 | 18 | 14 |
| IYC – Warrenville | 17 | 10 | 7 |
| **Totals** | 115 | 77 | 38 |

**Curriculum.** GradPoint, an on-line program, continues to be the primary curriculum for students in the DJJ. Many youths enjoy working in GradPoint, the on-line curriculum adopted by

---

[4] Vacancies include administrators, support staff, and teachers.

DJJ School District #428 several years ago. Students report liking the ability to work at their own pace and earning credits. During the first 7 months of the current calendar year, from January through July, District #428 awarded 117 diplomas.

In spite of some students' success, the least academically competent students, those enrolled in special education and those with low levels of literacy continue to struggle with GradPoint. Special education teachers have begun to address this issue; at several schools I found students enrolled in special education who were working primarily in small groups and with teacher support using more traditional, direct instructional methods.

Pairs of general education and special education teachers were trained to use Reading Horizons, an intensive, evidence-based reading program, during the 2016-17 academic year. These teachers in turn conducted staff development on the use of Reading Horizons for all teachers at each of the IDJJ sites. Interviews with youth and discussions with teachers and administrative staff indicate that youth with low levels of literacy – those scoring below the 25%ile on standardized measures – receive intensive reading instruction. Most of these youth are special education eligible and intensive literacy support is identified as a service in their IEPs. Other students receive intensive services through their language arts teachers and through Literacy Volunteers of Illinois.[5] During this reporting period, I was not able to assess the adequacy of education services for students in Reception and Classification (R&C). Subsequent reports will assess the adequacy of education services to these youth.

During non-school days, the Assistant Superintendent for Programming at each

---

[5] Literacy Volunteers of Illinois have trained tutors working with youth at all DJJ facilities except IYC - Pere Marquette.

facility has scheduled activities to ensure that students have access to developmentally appropriate, cultural, recreational, and learning activities. While many teachers are now taking vacation during traditional semester breaks or non-instructional days, those that are on site bring individual students who are close to completing coursework to the school to complete assignments.

**Blended Learning.** The Remedial Plan for *R.J. v. Mueller* specifies a blended learning instructional model in which teachers combine on-line instruction with individual and small group instruction. This requirement is critical because of District #428's reliance on GradPoint as the primary curriculum. During the past year District #428 conducted a number of staff-development session for teachers and administrators on blended learning. While there appears to be significant improvement at several schools, not all teachers have embraced this approach to learning. For example, during my visit to Warrenville, observations and discussions with teachers indicated that there was very little individual and small group instruction. Consistent with my earlier visits to Warrenville, students were able to use GradPoint to work on any subject in any class. Teachers reported that they were reluctant to provide small-group instruction because of student complaints. In contrast, the principal and teachers at Harrisburg and Pere Marquette have designated specific days each week when students do not use the computers and all classroom instruction is individual and small group.

**Special Education.** Special education services continue to improve with the addition of new leadership and support staff at each facility. School counselors and special education coordinators are receiving students' prior school records within a week of students' arrival

at DJJ facilities.  DJJ education staff use ISBE's Student Information System (SIS) and I-STAR to track students and ensure IEPs are entered into state-wide data bases. The number of students whose Individualized Education Programs (IEPs) are out of date has declined dramatically; currently more than 85% of all youth eligible for special education services have up-to-date IEPs. Current teacher shortages at Harrisburg and St. Charles have resulted in special education teacher-student ratios above the 1:6 required by the remedial plan. Appendix B contains student enrollment and student-teacher ratios for each school site.

**Instructional Technology.** District #428 has expanded students' and teachers' access to technology this past year through the installation of wireless hot spots, the purchase of laptops for students and staff, and the installation of instructional technology in the classroom. Teachers at IYC-Chicago continue to participate in technology workshops and support through the Center for Educational Excellence in Alternative Settings (CEEAS).

**Career and Technical Education (CTE)**.  DJJ hired a new director of CTE in September 2017 to guide the development and implementation of programs in this key area including the partnership with Lake Land College at IYC St. Charles and IYC Harrisburg. At these sites Lake Land provides post-secondary and dual credit courses to youth.  At the time of my visits during the summer of 2017 Lake Land was offering courses in custodial maintenance, culinary arts, and horticulture at Harrisburg. At St. Charles, Lake Land was offering courses in custodial maintenance and horticulture. At the time of my visit to St. Charles in August 2017 the program did not have a building trades instructor. At both Harrisburg and St. Charles, Lake Land has placed Associate Deans who administer and coordinate vocational and academic post-

secondary coursework.

IYC Pere Marquette has an on-going partnership with Lewis and Clark Community College. Youth at Pere Marquette are enrolled in community college coursework off site. A number of youth at Pere Marquette also participate in Youth Build. In addition to working on high school equivalency certificates, youth learn basic skills in the construction trades. At IYC-Warrenville, discussions with the College of DuPage to administer programs for the youth are on-going. At this time this report was being drafted, there were no programs in place offered by the College of DuPage though one youth earlier in this reporting period was enrolled in course at the community college off site.

IYC Chicago continues its partnership with the Center for Educational Excellence in Alternative Settings (CEEAS), although CEEAS is not a post-secondary or vocational program, this program is designed to help educators implement student-focused practices to significantly boost achievement. IDJJ's July 2017 monthly report showed that across all sites, 17 youth were enrolled in post-secondary education and another 21 were enrolled in community college courses.

## Compliance with the Remedial Plan

The status of each of the education components of the Remedial Plan is discussed below.

1. *Full-Time, Full-Day Instruction.* Partial Compliance. The Remedial Plan requires five hours of instruction on all school days for youth without a high school diploma or its equivalent. Students with diplomas or high school equivalency certificates are entitled to two and a half hours of post-secondary education five days each week. Most all youth receive the five hours of instruction except for those at St. Charles. Very few youths with high school diplomas or

GEDs receive the 2 ½ hours of services as specified in the Remedial Plan. Director Mueller in correspondence dated November 22, 2017 reported that DJJ had taken several steps to address the chronic shortages of teaching staff and the lengthy delay associated with current practice. On December 1, 2017, a new director of human resources is scheduled to begin work. DJJ has also entered into an intergovernmental agreement with the Department of Corrections (DOC) regarding background checks of prospective employees. The DOC has agreed to hire a new staff member who will be dedicated primarily to DJJ.

2. *Teacher Staffing Levels.* Partial Compliance. When compared to a comparable period one year ago, there are currently fewer vacancies for existing teaching positions. Staffing at most facilities is consistent with the 1:10 (general education) and 1:6 (special education) ratios specified in the Remedial Plan.[6] Current enrollment and teacher student ratios can be found in Appendix B.

3. *Other Education Staffing Levels.* Partial Compliance. DJJ continues to have nearly 1/3 of authorized positions vacant.

4. *Substitute Teacher Policy.* Partial Compliance. DJJ has a substitute teacher policy[7] and has used substitute teachers at some sites. DJJ is in the process of employing full-time substitutes for each site.[8]

5. *Modified School Calendar.* Compliance. DJJ's current school calendar minimizes teacher absences during the academic year. Although this provision is in compliance, I continue to be

---

[6] District #428 has hired two teachers on personal service contracts at IYC- St. Charles who are authorized to work until full-time permanent teachers can be hired. Two additional teachers, retired DJJ staff, are scheduled to begin at St. Charles in January 2018. These two teachers on temporary assignment status, can work 75 days each year or approximately, three and a half months.

[7] IDJJ School District, Board Policy 5:220.

[8] During my visits to several DJJ facilities this reporting period there were no substitute teachers for faculty who were absent. DJJ has hired substitute teachers for St. Charles, Pere Marquette, and Harrisburg during this reporting period. Substitute teachers for Chicago and Warrenville have been screened, selected, and should be working shortly.

concerned about teachers' ability to work non-instructional days and take vacation during times of the year when school is in session.[9]

6. *Blended Instructional Model.* Partial Compliance. As noted above, the school district has taken steps to ensure that teachers embrace a blended learning instructional model; some school sites have embraced this requirement.

7. *Curriculum.* Partial Compliance. The GradPoint web-based instructional system meets the needs of many youth. District #428 has supported continued development of a blended instructional model as required the Remedial Plan. Partnerships with Lake Land College have enabled many youth to participate in CTE programming. At IYC-Pere Marquette youth are enrolled in Youth Build and others attend a local community college. CTE coursework at IYC-Warrenville and IYC-Chicago are under development.

8. *Special Education Policies and Procedures.*[10] Compliance. Special education policies and procedures are in place and services have improved considerably. However, staff vacancies result in some students particularly at St. Charles not receiving required services. The backlog of out-of-date IEPs has been reduced. District #428 reports that all youth entering DJJ youth centers have nearly all out-of-date IEPs resolved within 30 days.

**Final Note**

As DJJ continues to move toward compliance with all provisions of the Remedial Plan, support from DJJ leadership will be crucial. The recent agreement between AFSCME and DJJ

---

[9] This problem is complicated by the AFSCME contract with enables state employees to take vacation with notice and approval throughout the year.

[10] In response to a draft of this report, plaintiffs' attorneys believed that because IYC - St. Charles does not offer full-time schooling, this provision should be rated 'partial compliance.' While I appreciate this perspective, I believe that the special education policies and practices overall are in very good shape. Finding this provision of the Remedial Plan in compliance acknowledges the dramatic changes in the quality of services youth receive across the system.

that permits the agency to hire some teachers on 9 month rather than 12 month contracts is a welcome development that has the potential to attract a broader pool of applicants for teaching vacancies. The additional steps outlined by the Director to address personal shortages may result in students at St. Charles receiving full-time school. On-going staff development and support for blended and project-based learning has the potential to change the culture at the IYCs and most importantly, the experiences of the youth. In the coming year DJJ needs to continue to explore ways to ensure salary parity between teachers in District #428 and public school teachers in neighboring school districts.

*Peter E. Leone*

# APPENDIX A

## School District #428 - November 2017 Staffing

| Column1 | All Authorized Positions | Gen Ed Teaching Vacancies | Special Ed Teaching Vacancies | Other: Admin, counselor, library vacancies |
|---|---|---|---|---|
| IYC- Chicago, Thurgood Marshall | 20 | 6 | 1 | 2 |
| IYC - Harrisburg, Booker T. Washington | 27 | 3 | 1 | 0 |
| IYC - Pere Marquette, Glencliffe Academy | 13 | 0 | 2 | 0 |
| IYC - St. Charles, Samuel Sublett | 32 | 10 | 3 | 1 |
| IYC - Warrenville, Maya Angelou | 17 | 4 | 1 | 2 |

# APPENDIX B

## School District #428 - October 2017 Enrollment, Ratios

| Column1 | Total Enrollment | Gen Ed Students | Special Ed Students | Gen Ed Teachers | Special Ed Teachers |
|---|---|---|---|---|---|
| IYC- Chicago, Thurgood Marshall | 64 | 45 | 19 | 4 | 3 |
| IYC - Harrisburg, Booker T. Washington | 43 | 57 | 43 | 11 | 5 |
| IYC - Pere Marquette, Glencliffe Academy | 27 | 11 | 16 | 4 | 2 |
| IYC - St. Charles, Samuel Sublett | 102 | 58 | 44 | 6 | 6 |
| IYC - Warrenville, Maya Angelou | 30 | 13 | 12 | 6 | 3 |
| Teacher: student ratios 1:10, Gen Ed; 1:6 Special Ed | | | | | |
| Chicago was out of compliance with the general education teacher: student ratios | | | | | |
| Harrisburg, Pere Marquette, & St. Charles were out of compliance with the special education teacher:student ratios | | | | | |

# APPENDIX C



1308 Benjamin Building
College Park, Maryland 20742
301.405.2858 TEL  301.405.9995 FAX

DEPARTMENT OF COUNSELING, HIGHER
EDUCATION, & SPECIAL EDUCATION
COLLEGE OF EDUCATION

October 23, 2017

Heidi Mueller, Director  **via email**
Illinois Department of Juvenile Justice
1112 S. Wabash Ave., 2nd Floor
Chicago, Illinois 60605

RE: *RJ v. Mueller Consent Decree,* on-going HR concerns and education services

Dear Director Mueller:

In September 2014 we wrote to your predecessor, Director Jones, with concerns about the challenges associated with filing vacant positions within your agency. We noted that the hiring process for teachers in the DJJ contributed to the inability of the agency to serve children and comply with the *RJ Consent Decree* and the *Remedial Plan*. During FY 2015, *Senate Bill 2992, As Amended*, removed one step in the cumbersome hiring process by eliminating redundancies in the review of applicants' files. However, in spite of this regulatory relief, DJJ continues to struggle to hire teachers in a competitive marketplace. We believe the shortage of well-qualified teachers is particularly acute at IYC- St. Charles. With a few exceptions, during the past two years, students at St. Charles have only attended school for half days. Students confined to their living units when they should be in school are angry and upset about violations of their right to education. Lack of programming for youth contributes to disorder within the facility and has a negative effect on the mental health of youth.

During the past three years DJJ's ability to hire staff, particularly teachers, has gotten only marginally better. In spite of the best efforts of DJJ and staff at CMS and Shared Services, hiring teachers continues to take an inordinate amount of time. As a result, well-qualified candidates interested in working for DJJ accept positions with local school districts or cooperative education agencies because they cannot afford to wait the 6 months or more that successful candidates experience before being hired.

In addition to a cumbersome and lengthy hiring process, the teaching vacancies are exacerbated at St. Charles because of the disparities between salaries for teachers working for DJJ and those employed by the public schools in the vicinity of IYC-St. Charles. In general, DJJ teachers work 12 months each year for salaries comparable to other professionals who work 9 month contracts for local and regional school systems.

While teacher shortages contribute to students' receiving about half the mandated hours of instruction each week, JJS staff out on workman's compensation also appears to be part of the problem. During

the past year, on a number of occasions youth were not able to come to school because there were not sufficient JJS staff on site to escort youth to school. During my last site visit in August 2017, administrative staff on site indicated that in excess of 50 DJJ staff were on payroll but not reporting to work because of workman's compensation claims. Staff also reported that there were insufficient resources to review claims and monitor staff, many of whom had been out for months at a time.

Two steps that we believe would assist DJJ in hiring teachers in a timelier manner system-wide include 1) removing CMS from grading education positions. Teachers and other staff must meet ISBE requirements for licensure. CMS grading is redundant and inefficient. A second step involves 2) allowing DJJ to develop its own system for criminal background checks. Although these two actions would improve the hiring process within DJJ as a whole, they would not address the very serious and chronic problem at IYC-St. Charles, which requires additional remedies. We believe there are several options to address DJJ's failure to provide education services to youth at St. Charles. They include:

1. Authorize the creation of a charter school.
2. Contract with Kane County Education Cooperative to provide services to youth.
3. Contract with a private education provider to provide services.

In other states, the courts have permitted alternative means of providing education services to incarcerated youth when public entities, for whatever reason, were unable to do so. There are pros and cons to each of the options above. In general, education providers will need adequate funding, independence, autonomy, and the support of the DJJ school board. We also believe that the DJJ needs the resources to review and monitor workman's compensation claims. It is imperative that a sufficient number of JJS staff be on-site at St. Charles to ensure that when the school is fully staffed, the students are able to get to school.

Complying with state and federal statutes for education and the *RJ Consent Decree* and *Remedial Plan* should be a top priority for the DJJ. If you have any questions about the concerns we raise here or would like further clarification, please let us know.

Sincerely,

Peter E. Leone, Ph.D.
Barry Krisberg, Ph.D.

Experts to the Court and Monitors, *RJ v. Mueller Consent Decree*

copies: M. Mahoney, M. Dierkes, C. Bennett, L. Miller, S. Jones-Redmond




**Bruce Rauner**
Governor

**Heidi Mueller**
Director

**Illinois Department of Juvenile Justice**

1112 South Wabash Avenue, 2nd Floor, Chicago, Illinois 60605
Telephone: (312) 814-3848 / TDD: (800) 526-0844

November 22, 2017

Peter E. Leone, PhD
University of Maryland
Via email

Dear Dr. Leone:

The Department of Juvenile Justice (DJJ or Department) has been continuing to focus its efforts on finding solutions for the challenges to providing full-day school that were outlined in your October 23, 2017 letter. Updates on those efforts are below:

- **Human Resources Staff**: The Department's new HR Administrator is scheduled to begin on December 1, 2017. She will be tasked with overseeing all education hiring and will also support the facilities on processing Worker's Compensation claims.

- **9-Month Education Positions**: Central Management Services (CMS) and AFSCME (the union representing the Department's educators) now have a fully executed Memorandum of Understanding establishing a 9-month educator position for DJJ. We have been working with the payroll and HR transactions staff in the Shared Services department to finalize all of the procedures needed for creating this new education title, and we are hopeful the positions will attract candidates and help DJJ's recruitment efforts.

- **Additional Background Unit Staff**: The Illinois Department of Corrections' (DOC) Backgrounds Unit currently handles all of the background investigations for prospective DJJ educators. DOC has agreed to hire an additional backgrounds staff who will work primarily on DJJ matters, which should help alleviate delays in the hiring process due to the background check. DJJ and DOC are currently finalizing the Intergovernmental Agreement that will formalize this arrangement.

- **Educator Staffing Support**: DJJ has been in negotiations with a vendor to provide temporary educator staffing support while DJJ continues to find permanent educators to fill vacancies. The parties have a draft agreement which is currently being reviewed by the Procurement Office.

- **Security Staff**: DJJ is committed to ensuring that its facilities have adequate security staff to maintain programming and support the delivery of educational services. On November 17, 2017, an intern class of 43 graduated from the DJJ Intern Academy. Of those 43, 13 interns have been assigned to IYC-St. Charles. We have also scheduled a

second class of interns solely for IYC-St. Charles, which will start on November 27, 2017. Currently, 16 interns are designated for this second intern class.

As you may know, these challenges in filling educator vacancies are not unique to DJJ. According to the Illinois State Board of Education, school districts in Illinois reported over 2000 unfilled positions for teachers, administrative staff, and support staff in 2017. A recent survey from the Illinois Association of Regional Superintendents of Schools (covering the 2015 to 2016 school year) showed that 75 percent of school districts in Illinois received fewer qualified candidates than in previous years. The shortages also impacted classes, with 16 percent of schools reporting canceled classes or programs due to teacher shortages. In this context, IYC-St. Charles struggles to attract high-quality teacher candidates who are in demand at better-resourced suburban school districts serving less-challenging student populations.

DJJ is striving to comply with the requirements of the *RJ Consent Decree* and *Remedial Plan* and we are hopeful our efforts will be successful. We are carefully considering the additional options noted in your letter and exploring their legal and operational implications. DJJ is committed to improving its delivery of educational services for youth and will continue its intent focus on removing the barriers to this goal.

Sincerely,

Heidi Mueller

cc: C. Bennett, L. Miller, M. Dierkes, M. Mahoney, S. Jones-Redmond