**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| R.J., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-7289 |
| | ) | |
| HEIDI MUELLER, Director of the | ) | Hon. Matthew F. Kennelly |
| Illinois Department of Juvenile Justice, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER REGARDING PLAN TO ADDRESS YOUTH PROSECUTIONS

This matter coming before the Court on Defendant's October 31, 2017 submission of DJJ's Updated Plan to Address Youth Prosecutions in Saline County ("Updated Plan"), *see* Dkt. 223, and as discussed at the status hearing on November 2, 2017, it is HEREBY ORDERED THAT:

1. The Department shall comply with the terms and deadlines set forth the Updated Plan (Dkt. 223).

2. The parties shall continue to confer with the Court-appointed monitors about the substance of the Updated Plan, and propose revisions or additions to the Updated Plan as necessary. In addition, the deadlines in the Updated Plan may be modified by agreement of the parties or order of the Court.

3. The Court-appointed Safety & Welfare monitor shall assess the Department's progress in implementing the Updated Plan, and report findings to the parties and the Court within six months of the entry of this Order.

2

Dated: December 13, 2017                SO ORDERED

                                        _____
                                        Matthew F. Kennelly
                                        United States District Judge