| **Illinois**<br>Department of<br>**Juvenile Justice** | *Specialized Housing Unit Program Plan* | Reference: **ID 04.01.125** |
|---|---|---|
| | | Effective Date: 05/14/18 |

## Definition of Specialized Housing Units

Specialized housing units are housing units dedicated for the purpose of providing a programmatic response to a specific population of youth. Examples include, but are not limited to: substance abuse treatment units/cottages; mental health (special treatment) units; honor dorms; and intensive behavior modification units. The Superintendent must establish the unit, and the Deputy Directors of Operations and Programs must approve the program plan. All requirements of Administrative Directive 04.01.130 and all Department Rules are applicable to all specialized housing units.

## PROGRAM PLAN

| Name of Unit | IYC-St. Charles-Alternative Behavioral Program (ABU) |
|---|---|
| Target Population | Youth whose behavior prevents him from functioning successfully in a regular program setting. |
| Purpose | This program will allow youths a specialized housing unit designed for youth who either, continuously (3-5 occurrences/week) exhibit aggressive, violent and/or repetitive behaviors which places him and/or others in danger, or engages in an extreme aggressive act or act that threatens the security and safety of the staff or peers or impedes the operations or programming of the Facility. Youths who are designated as needing individualized behavioral plans may be diverted and/or removed from their assigned housing unit and temporarily assigned to the Alternative Behavior Unit (ABU). |
| Outcomes Desired | Youth with these chronic or acutely aggressive behaviors, including threatening the safety of the staff/peers or impedes Facility operations/programs will have an individualized behavioral plan created. These behavioral plans will help enhance their coping skills to allow them to deal more effectively with life-challenges and emotional distress. Youth will have the opportunity to re-integrate slowly back into normal programming. |
| Sample Program Schedule | See attached draft schedule that is dependent on Staffing Levels |
| Staffing Ratio Required | 1 MHP and 1 YFS stationed in the designated offices inside the ABU to provide intensive intervention according to the schedule. An education plan is needed for AM and PM school periods. JJS staff shall be assigned appropriately based on the population of the Unit. The maximum youth in the program is set at eight youths. |
| Specialized Staff Training Required | CPI, Crisis Management and PBIS |
| Admission Criteria | Those youth that exhibit aggressive, violent and/or repetitive behaviors such as the following shall warrant consideration for the ABU program:<br>Participation in disturbances involving multiple youth<br><br>Staff and/or youth assaults<br><br>Chronic involvement in physical and/or verbal altercations<br><br>Chronic threatening and/or intimidating behaviors<br><br>Chronic bullying and/or harassing behaviors<br><br>Chronic refusals to follow directives<br><br>Chronic refusals to comply with educational requirements<br><br>Unauthorized movements (breaking line-movement, leaving assigned area)<br><br>Sexually inappropriate behaviors (making sexually inappropriate comments or gestures and sexually inappropriate touching of others) |

**Illinois** Department of **Juvenile Justice**
**Specialized Housing Unit Program Plan Template**

| Process for Admission | Prior to youth officially being transferred to ABU youth must be reviewed and approved through the ABU Referral Team: Assistant Superintendent of Programs, Clinical Services Supervisor, and Treatment Administrator. |
|---|---|
| | Under circumstances in which a serious, aggressive or violent behavior occurs, youth can be approved for housing on ABU only after a review by the DAO with someone on the ABU Referral Team. Any youth that is currently on a Specialized Treatment Unit, approval must be received from the Deputy Director of Programs prior to that youth being placed on the ABU. As soon as possible, communication about the youth admission with the remaining members of the ABU Referral Team will be made by the notified member. |
| | In these circumstances, the youth will enter the ABU program AFTER completing either a Time-Out or Administrative Hold in the assigned area. On the day of admission or next business day if youth put on program after hours, the ABU Eligibility Checklist will be completed by the youth's assigned YFS and reviewed with the youth by their assigned YFS. |
| | For youth with chronic negative behaviors not meeting the above serious component, the youth's assigned YFS will complete and review the ABU Eligibility Checklist with the youth prior to youth entering the ABU program. |
| | In both cases, the youth's assigned YFS will then give the ABU Eligibility Checklist for approval to a member of the ABU Referral Team for review. |
| Orientation and Treatment Plan Development | MHP assigned to the ABU will see youth three times a week (30 minutes each) to complete the ABU Intensive Intervention Behavioral Plan & Checklist. The following areas will be explored and addressed: youth's strengths, youth's triggers and behavioral plans/goals. During these MH checks, youth will explore the following: recognizing what behavior got them there; recognizing why it happened; recognizing why the behavior is not appropriate; what alternative strategies the youth can use in the future; and what they can do to make restoration (BARJ strategies) for the behavior. Once completed, this form will be given to the youth's assigned YFS to use for any additional YASI goals and/or restorative justice activities. |
| | YFS assigned to the ABU will see youth daily to hand out their daily ABU assignments, review prior day's assignments, points and overall behavior. The youth's progress will be noted on the youth's ABU Intensive Intervention Behavioral Plan & Checklist. Youth's progress will be sent out in a daily email to the Clinical Services Supervisor and Assistant Superintendent of Programs. |
| | Youth will participate in Forward Thinking and Anger Management groups twice a week. These groups will be smaller (3-4 youth max) for approximately 30 minutes each. |
| | Youth will participate in educational programming (Grad point, GED, or other assigned materials provided by the Education Department). |
| | Members of youth's ABU Staffing Team (MHP/YFS assigned to ABU) will discuss the youth's progress and compliance with his ABU Intensive Intervention Behavioral Plan with other staff as indicated.<br>Youth will be required to complete all programmatic elements that are individualized to their current situation, including daily educational programming, ABU assignments, MH groups, 1:1 activities, and demonstrating the ability to follow basic cottage rules. |
| | Any inappropriate behaviors or failure to meet program criteria will be documented by the staffing team and forwarded to the ABU Referral Team for determination of continuation or completion of the program. |

**Illinois** Department of **Juvenile Justice**
**Specialized Housing Unit Program Plan Template**

| Completion/Removal Criteria | If a youth continues to engage in the identified target behaviors, or previously mentioned behaviors, the youth's placement on the ABU may be extended through approval by the ABU Referral team.<br><br>Release Criteria: In order to be released from the ABU, youth must successfully participate in all individual and group activities, including appropriately completing all daily assignments ending with a completion of a Restorative Justice project.<br><br>Youth are expected to gradually transition back to their home cottage (i.e. attending group, recreation, school, or special program with their home cottage).<br><br>The youth's ABU Staffing Team (MHP/YFS) will make a decision about a youth's successful completion of the ABU program, including an assessment of behavior during transition periods. This decision will be communicated to ABU Referral Team.<br><br>After discharge from the ABU, youth's assigned MHP and YFS will determine if their current Treatment Plan, Intensive Intervention Behavioral plan and/or YASI goals need to be modified. |
|---|---|

_____     _____
Prepared By                                         Date

_____     _____
Chief Administrative Officer                 Date

_____     _____
Deputy Director Programs                                Date

_____     _____
Deputy Director Operations                               Date

# IYC-STC Alternate Behavioral Unit (ABU) Eligibility Review Checklist

Youth's whose behavior prevents them from functioning successfully on their assigned living and/or program will be considered for the ABU housing program. These behaviors may be aggressive / violent, impede the operations of the facility and/or put themselves and/or others in danger. These behaviors shall either be repetitive, chronic (3-5 times/week) or a single act of extremely aggressive and/or security-risk type behavior as listed below.

Youth's Name:_____     YIN:_____

Current Housing Unit:_____

Please check and provide dates and details for all that apply:

☐ Participating in disturbances involving multiple youths:_____

_____

_____

☐ Staff and/or youth assaults:_____

_____

_____

☐ Chronic involvement in physical and/or verbal altercations: _____

_____

_____

☐ Chronic threatening and/or intimidating behaviors: _____

_____

_____

☐ Chronic bullying and/or harassing behaviors: _____

_____

_____

☐ Chronic refusals to follow staff's directives or educational requirements:_____

_____

_____

☐ Unauthorized Movements (breaking line-movement, leaving assigned areas): _____

_____

_____

☐ Sexually-inappropriate behaviors (hands on in nature, such as grabbing others or intimidating others in nature, making sexual threats): _____

_____

_____

# IYC-STC Alternate Behavioral Unit (ABU) Eligibility Review Checklist

Youth and Family Specialist comments:_____

_____

_____

Mental Health Professional comments:_____

_____

_____

Given a review of all the above information, the following is recommended:

☐ Youth is recommended for ABU Program

☐ Youth is not recommended for ABU Program due to:_____

_____

_____

_____
Assistant Superintendent of Programs                                    Date

_____
Clinical Services Supervisor or designee                                Date

_____
Treatment Administrator or designee                                     Date

Youth signature:_____

☐   Youth refused to sign                ☐ Youth unable to sign due to safety issue

Brief description of safety issue:_____

YFS who reviewed with youth:_____    Date of review: _____

Staff witness to review with youth: _____

Program Assignment Committee Review Date:_____

## Alternative Behavior Unit (ABU) Behavioral Plan & Checklist

Youth Name: _____ YIN: _____ Cottage: _____

Placement Start Date: _____

Mental Health Professional: _____ Youth & Family Specialist: _____

*Please complete the sections below and keep this form in the Youth's ABU folder on the Cottage. As a reminder, Youth is to be offered at least **three** 30-minute check-ins and **two** Forward Thinking Groups each week while at the ABU.*

**Behavior Plan/Goals:**

1. **Meet with MHP three times a week for 30 minutes to discuss the points listed below. If unable to meet with Youth for any reason, use the space given for an explanation (MHP to complete section):**
   Session  Date: _____ ☐ Completed ☐ Attempted: _____
   Session  Date: _____ ☐ Completed ☐ Attempted: _____
   Session  Date: _____ ☐ Completed ☐ Attempted: _____
   Session  Date: _____ ☐ Completed ☐ Attempted: _____
   Session  Date: _____ ☐ Completed ☐ Attempted: _____
   Session  Date: _____ ☐ Completed ☐ Attempted: _____

2. **Complete all Forward Thinking Groups and/or Anger Management Groups on the unit and participate appropriately. If youth is not appropriate for Groups, youth will complete all Forward Thinking/Anger Management packets appropriately (MHP to complete section):**
   Group/materials:_____ ☐ Completed ☐ Attempted: _____
   Group/materials:_____ ☐ Completed ☐ Attempted: _____
   Group/materials:_____ ☐ Completed ☐ Attempted: _____
   Group/materials:_____ ☐ Completed ☐ Attempted: _____

3. **Complete all appropriate ABU assignments. Assignments will be dated and initialed by a YFS and when completed placed in Youth's ABU folder (YFS to complete section):**
   ABU assignment:_____ ☐ Assigned:_____ ☐ Completed _____
   ABU assignment:_____ ☐ Assigned:_____ ☐ Completed _____
   ABU assignment:_____ ☐ Assigned:_____ ☐ Completed _____
   ABU assignment:_____ ☐ Assigned:_____ ☐ Completed _____
   ABU assignment:_____ ☐ Assigned:_____ ☐ Completed _____
   ABU assignment:_____ ☐ Assigned:_____ ☐ Completed _____
   ABU assignment:_____ ☐ Assigned:_____ ☐ Completed _____
   ABU assignment:_____ ☐ Assigned:_____ ☐ Completed _____
   ABU assignment:_____ ☐ Assigned:_____ ☐ Completed _____
   ABU assignment:_____ ☐ Assigned:_____ ☐ Completed _____

**Program Completion (YFS to complete):**

Youth has completed all ABU goals/assignments listed above on _____.
Youth has not completed all ABU goals successfully. As a result, the following interventions will be initiated:
☐ Additional ABU time added ☐ Intensive Behavioral Intervention ☐ Other:_____

**Additional Notes:**

_____
_____
_____
_____
_____

_____          _____          _____
Youth & Family Specialist (Print)                    Youth & Family Specialist Signature              Date

## Alternative Behavior Unit (ABU) Behavioral Plan & Checklist

Youth Name: _____    YIN: _____    Cottage: _____

Placement Start Date: _____

Mental Health Professional: _____    Youth & Family Specialist: _____

**Restorative Justice Activities with MHP:**

*Below you will find questions to guide conversations with Youth in a restorative manner.  Please be sure to write down Youth's answer to the following questions and include the date the section was completed.*

| Youth's Strengths (as identified by Youth) | Youth's Triggers (as identified by Youth) |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |

**What happened & why?**

Date Completed: _____

When I made this choice, I was <u>not</u> demonstrating:

☐ Respect ☐ Cooperation ☐ Honesty ☐ Compassion ☐ Kindness ☐ Responsibility ☐ Safety ☐ Other:_____

**Why was this behavior not acceptable?**

Date Completed: _____

I think those affected by my actions and choices felt:

☐ Angry ☐ Lonely ☐ Embarrassed ☐ Annoyed ☐ Enraged ☐ Frustrated ☐ Sad ☐ Other: _____

**Could you have handled the situation differently?  What are other options do you have in the future?**

Date Completed: _____

## Alternative Behavior Unit (ABU) Behavioral Plan & Checklist

**Please identify the following people/resources you feel comfortable speaking with when overwhelmed or making future difficult decisions:**

☐ JJS/Staff    ☐ YFS    ☐ MHP    ☐ Family    ☐ Peers    ☐ Other: _____

**What can you do to make things right?**

Date Completed: _____

**Please identify the following people you feel comfortable speaking with when making future decisions or when feeling overwhelmed:**

☐ JJS/Staff    ☐ YFS    ☐ MHP    ☐ Family    ☐ Peers    ☐ Other: _____

**Restorative Activity:**

*In order for Youth to complete the ABU program, they will need to complete at least one of the four following restorative activities. Please be sure to add the date the two activities were completed by Youth.*

☐ Write a meaningful apology letter to the individual you've harmed.
　　　　Completed on: _____
☐ Complete mediation with the individual you've harmed.
　　　　Completed on: _____
☐ Request to assist staff with miscellaneous chores on the cottage (i.e. cleaning the rec room, graffiti, or other duties).
　　　　Completed on: _____
☐ Complete an essay or research presentation and present your work to staff and/or peers on the cottage.
　　　　Completed on: _____
☐ Other: _____
　　　　Completed on: _____

**Additional Notes:**

_____
_____
_____
_____


_____    _____    _____    _____
Mental Health Professional (Print)　　　　Title　　　　　　　　　Mental Health Professional Signature　　Date

_____    _____
Supervisor's Signature (if applicable)　　　Date

# PIERCE (ABU) COTTAGE MASTER SCHEDULE

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| 6:00 - 6:30A | Shift Change | Shift Change | Shift Change | Shift Change | Shift Change | Shift Change | Shift Change |
| 6:30 -7:30A | Room Cleaning Room Inspection | Room Cleaning Room Inspection | Room Cleaning Room Inspection | Room Cleaning Room Inspection | Room Cleaning Room Inspection | Room Cleaning Room Inspection | Room Cleaning Room Inspection |
| 7:30 - 8:30A | Breakfast | Breakfast | Breakfast | Breakfast | Breakfast | Breakfast | Breakfast |
| 8:30 - 11:00A | School | School | School | School | School | 1:1 w YFS & MHP | Cottage Recreation |
| 11:00A - 1:00P | Behavior Plan Assignments | 1:1 with YFS & MHP | 1:1 with YFS & MHP | 1:1 with YFS & MHP | 1:1 with YFS & MHP | | |
| | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch |
| 1:00 - 2:30P | Behavior Plan Assignments | Staffings | Therapy Groups | Behavior Plan Assignments | Therapy Groups | Cottage Recreation | Cottage Recreation |
| 2:30 - 5:30P | LME with LTA 2:30-4:30 Dinner | Cottage Recreation Dinner | LME with LTA 2:30-4:30 Dinner | Cottage Recreation Dinner | Cottage Recreation Dinner | Cottage Recreation Dinner | Cottage Recreation Dinner |
| 5:30 - 7:30P | Cottage Recreation Showers | Cottage Recreation Showers | Cottage Recreation Showers | Cottage Recreation Showers | Cottage Recreation Showers | Cottage Recreation Showers | Cottage Recreation Showers |
| 7:30P | Room Time | Room Time | Room Time | Room Time | Room Time | Room Time | Room Time |
| 10:00P | Lights Out | Lights Out | Lights Out | Lights Out | Lights Out | Lights Out | Lights Out |

**School Gym =** **Sam Sublett School Gym**

**VC Gym =** **Visiting Center Gym**  **ALL SCHEDULES ARE SUBJECT TO CALL OUT FOR SCHOOL OR DIETARY!**

**TY =** **Taylor Yard**

**TC =** **Teen Center**