**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| R.J. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-7289 |
| | ) | |
| HEIDI MUELLER, | ) | Hon. Matthew F. Kennelly |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE REPORT WITH**
**PLAN ON CONCLUSION OF CASE**

Plaintiffs and defendant, by and through their respective counsel, respectfully request a six-day extension of time to file a "report with a plan on the conclusion of this case." In support of this motion, the parties state as follows:

1. This Court set the following deadlines: (1) monitors' annual reports due October 31, 2019; (2) parties to file compliance chart with an executive summary by November 14, 2019; and (3) parties to file a report with a plan on the conclusion of this case by November 21, 2019. (Dkt. No. 293) The Court set a status hearing for November 25, 2019. (*Id.*)

2. The monitors' reports and the parties' compliance chart with an executive summary were filed in accordance with the Court's order.

3. However, the parties require a short, six-day extension of time to file the report with a plan on the conclusion of this case. The DJJ's General Counsel, NeAngela Dixon, is preparing a draft report for review and comment by plaintiffs' counsel. However, Ms. Dixon has been quite ill and out of the office for the past several days, and has been unable to finish a draft the report. DJJ expects to be able to provide a draft to plaintiffs' counsel by Monday, November 25, 2019 for their review.

4.     The parties respectfully request a six-day extension of time, to November 27, 2019, to file the report with a plan on the conclusion of this case.

5.     In addition, the parties respectfully request that the Court reset the status hearing currently scheduled for November 25, 2019 to a date after the filing of the report.  Counsel for the parties is available on December 3, 2019 for a status hearing.  (Counsel understands that the Court is not available December 5-11.  In addition to December 3, counsel is also available December 12-19.)

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant this motion, and (1) extend the deadline to file a "report with a plan on the conclusion of the case" by six days, to November 27, 2019; and (2) reset the status hearing from November 25, 2019 to December 3, 2019 or another date convenient to the Court.


DATED:  November 20, 2019                          Respectfully submitted,


**For the Plaintiffs:**                                    **For the Defendant:**

By: /s/ Camille E. Bennett                      By: /s/ Michael T. Dierkes

Benjamin S. Wolf                              Michael T. Dierkes
Camille E. Bennett                            Office of the Illinois Attorney
Allyson M. Bain                               General
Roger Baldwin Foundation of ACLU, Inc.        General Law Bureau
150 North Michigan Avenue, Suite 600          100 West Randolph Street, 13th Floor
Chicago, IL 60601                             Chicago, IL 60601
(312) 201-9740                                (312) 814-3672

Maja C. Eaton
Kevin M. Fee, Jr.
Joseph R. Dosch
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000