# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

R. J., et al.

                Plaintiff,

v.                                       Case No.: 1:12–cv–07289

                                                  Honorable Matthew F. Kennelly

Candice Jones

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 6, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 2/6/2023. In person status hearing is set for 3/8/2023 at 9:15 a.m. The hearing will be held in Courtroom 2103. The parties are directed to confer regarding the Warrenville education–related issues set out in the recent status reports and are to file a further joint status report concerning those issues on 3/1/2023. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.