IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R.J., *et al*. )<br>)<br>   Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>HEIDI MUELLER, in her official capacity )<br>as Director of the Illinois Department of )<br>Juvenile Justice, )<br>)<br>   Defendant. ) | Case No.: 12-cv-7289<br><br>Hon. Matthew F. Kennelly |

**PARTIES' JOINT STATUS REPORT REGARDING IYC-WARRENVILLE
EDUCATION-RELATED ISSUES**

   This Court ordered the parties to confer regarding the IYC-Warrenville education-related issues set forth in their recent status report and file a further status report regarding these issues. *See* Dkt. Nos. 397, 400. The parties met on February 16 and 22, 2023 to discuss these issues, and plaintiffs' counsel visited the Warrenville facility on February 21, 2023. The parties' respective reports are below.

**I.  IDJJ'S REPORT**

   DJJ addresses below the following five items regarding education at Warrenville: full-time, full-day instruction; teacher staffing levels; CTE programming, the Language Live literacy program; and blended instruction.

   1.  <u>Full-Time, Full-Day Instruction</u>

   The remedial plan requires DJJ to "make available at least five hours of instruction per day" (for youths without a high school diploma or GED) on all scheduled school days. *See* Dkt. No. 337 at III-1. DJJ has provided plaintiffs' counsel and the monitor with comprehensive school

1

attendance data for January and February 2023. The data for January shows significant improvements as compared to last year. In January, DJJ offered full-day school 19 out of the 20 possible days. School was cancelled on the last day of the month (1/31) following a major safety incident where several students with complex trauma were triggered, leading to fights, assaults and threats against teachers, and property damage, including a broken window that caused a classroom to be inoperable for a week.

The repercussions of this incident impacted full-day school in February because DJJ had to repair the classroom damage and hold school-wide peace circles to help support teachers and students who experienced the incident. In addition, a Warrenville resident with acute mental health needs had to be hospitalized multiple times in February, disrupting school for her and other students. Through February 24, there were three school day cancellations and one half-day offered. DJJ offered full-day school on the other 12 of 16 possible school days.

The situations noted above are being addressed, or have already been addressed, and DJJ expects an uptick in the March attendance data.

DJJ attributes the improved attendance data for January to several factors. First, security staffing increased, with an academy class graduating the first week of December 2022. (Another academy class began February 14, 2023, and DJJ is aggressively recruiting for additional security staff through multiple avenues.) Second, as noted in the prior status report, several new teachers were hired at Warrenville in the second half of 2022. *See* Dkt. No. 397 at 6. Third, DJJ's Superintendent of Schools and Assistant Superintendent of Schools/Director of Special Education have worked closely with each facility, including Warrenville, to ensure that policy surrounding movement is improved, implemented, and followed.

Currently, student movement is planed nightly, and security staff can no longer make decisions on movement. Only certainly high-level staff may now do so. Attendance is taken every hour, and at the end of every school day, the principal checks every classroom for teacher input. There are weekly meetings where data is reviewed to see how improvements can be made in movement. Every youth is always accounted for during every class period.

Finally, DJJ has developed a new policy that addresses school refusals. The monitor has reviewed and approved this policy.

2. <u>Teacher Staffing Levels</u>

As noted in DJJ's prior status report, Dkt. No. 397-1 at 5-6, Warrenville is currently exceeding the required teacher staffing ratios. Currently, there are five teachers at Warrenville for a total of 19 youths in school (as compared to three educators at Warrenville in January 2022), as well as a principal, school psychologist, and school counselor. At the request of plaintiffs' counsel, DJJ has provided information regarding these teachers' subject matter credentials. The parties and the monitor are continuing to discuss what additional educators, if any, are necessary at Warrenville.

In DJJ's view, existing staff is able to provide youths with all of the educational services required by the consent decree and remedial plan, except that DJJ requires a physical education teacher to be shared between the Warrenville and Chicago facilities. DJJ is currently reviewing applications for this position and expects to start conducting interviews within the next few weeks. While not necessary for compliance, DJJ is also seeking to hire a social studies teacher at Warrenville. DJJ previously had one qualified applicant for this position, but that applicant did not accept the invitation to interview and DJJ is awaiting CMS approval to re-post this position.

Finally, although not required for compliance, DJJ is seeking to hire a CTE instructor at Warrenville and is arranging interviews for this position.

DJJ is currently in discussion with the Governor's Office about ways to expedite the hiring process. An initial inquiry has been initiated, and in the coming weeks, DJJ will have a meeting with the Governor's Office to fully explore whether it is feasible to bypass the CMS review process for hiring teachers at Warrenville.

3. Curriculum: CTE Programming

The remedial plan requires that Warrenville offer at least one vocational program that leads to certification. Dkt. No. 337 at 3-7. DJJ is now in compliance with this requirement, as Larry's Barber College (which is available as dual credit for high school students) resumed on February 20, 2023. In addition, the Technology and Manufacturing Association (TMA) program will resume in April 2023. Finally, DJJ it is seeking to hire a CTE instructor and is currently scheduling interviews of candidates.

4. Curriculum: Literacy Instruction

Under the remedial plan, DJJ must provide intensive literacy instruction to youths who score below the 25th percentile on standardized readings tests upon admission. *See* Dkt. No. 337 at III-7. To satisfy this requirement, DJJ utilizes Language Live. This is a voluntary program. If students chose to take Language Live, they work one-on-one with a special education teacher for up to five hours a week. They receive blended instruction which includes direct instruction by the teacher and directed instruction via computer.

Language Live is currently being taught at four of DJJ's five campuses. A new special education teacher started at Warrenville on February 1, 2023, and she will be trained to provide Language Live. While DJJ previously believed that Language Live would resume at Warrenville

4

by the end of February, there will be a several-week delay caused by a billing issue in the statewide SAP system. DJJ now anticipates a Language Live start date of March 24, 2023 or earlier. Youths at Warrenville have been assessed for eligibility. Four eligible youths have refused Language Live; DJJ is still attempting to help these youths.

     5.     Blended Instruction

While not addressed in the parties' previous joint status report, DJJ is taking steps to improve "blended learning" at Warrenville. The remedial plan provides that DJJ "shall ensure that it provides both traditional classroom instruction and web-based instruction, individually tailored to student needs." Dkt. No. 337 at III-6. The education monitor found Warrenville in substantial compliance with this requirement, but he expressed concerns about an overreliance on Connexus, DJJ's online learning platform, Dkt. No. 394-1 at 17-18, and plaintiffs' counsel recently expressed similar concerns.

In DJJ's experience, Connexus has led to increased high school graduation rates and credit attainment. Students often prefer it to traditional classroom instruction. Still, DJJ agrees that Connexus must be balanced with live instruction. DJJ has already implemented "No Connexus Wednesdays," a full day where Connexus is not used at all. On Wednesdays, instruction is fully live. Teachers have also instituted special projects to engage the students. Dr. Teresa Dunbar, Superintendent of Schools, has been working with the educators on curriculum enrichment plans to bring more of an engaged teacher presence into the classroom. Dr. Dunbar has also taken steps to ensure that teachers are engaging in trauma informed teaching. Teachers now engage in workshops to learn how to create effective interactive lesson plans. Walkthroughs are being conducted at least once a day by the Principal at Warrenville, who then meets one on one with the teachers weekly.

5

## II. PLAINTIFFS' REPORT

Since the filing of the parties' last joint status report on January 24 (Dkt. 397), Plaintiffs' counsel visited and met with class members at IYC Warrenville on February 21, reviewed additional data received from IDJJ, and conferred with IDJJ personnel and counsel regarding Warrenville educational services. Over the weeks prior to this Report, IDJJ workarounds had apparently enabled rotating all youth through classrooms in the course of the day, and on the day of counsel's visit a new career and technical education ("CTE") offering had been introduced. However, as of this Report, core problems remain unsolved. The Warrenville facility's process for filling long-open educational vacancies has remained frustratingly stagnant, and the required Language Live program has still not launched some ten months after this Court specifically ordered its immediate implementation. Dkt. 376. Warrenville is using its recently-hired special education teachers to cover general education classrooms, and even this system hangs by a thread: on February 21 a teacher absence had once again disrupted full-day school. The "ratios" on which the Department relies are meaningless when by its own admission it has not yet been able to start Language Live, for which it needs the special education teachers who are covering classrooms, and it continues to post for educator positions it needs for subject matter coverage but is unable to fill them. The parties continue to discuss these issues, and in particular how IDJJ might circumvent what seem to be needless administrative barriers to educational hiring. On or before the March 8 status hearing the parties will either present the Court with an agreed order addressing these issues or Plaintiffs will file a motion (or both, if some but not all issues can be addressed by agreed order).

The Warrenville facility's most glaring current compliance failure is the continued absence of the Language Live literacy program, which is required under the 2014 Remedial Plan (Dkt. 269 at 6 (§ III.7)), and which the Court specifically ordered IDJJ to implement last summer. The

6

program could not launch for a time because the facility did not have special education teachers to administer it; however, the facility has since hired two special education teachers and still has not gotten the program off the ground. The past several months have brought a series of unfulfilled projections about the commencement of the program—most recently, during Plaintiffs' counsel's February 21 visit to Warrenville, IDJJ officials said the program would launch the week of February 28. IDJJ now predicts that it will launch Language Live sometime this month.

The fundamental staffing outlook at the Warrenville facility[1] has improved recently with the hiring of an additional special education teacher in February, allowing for more classroom coverage. It appeared based on the visit that the facility has recently been able to combine residential cottages during the school day, which also allows more configurations and options for keeping youth in classrooms during school hours. IDJJ has stated that school attendance has improved in early 2023, though that is difficult to assess from available data, which appears mixed at best. While IDJJ points out that it can "offer" full-day school to some youth on most days, there still appear to be frequent cancellations for many youth.[2] The overall attendance rate for February was only about 50%, and multiple youth we interviewed reported being kept out of school multiple times in recent weeks when they wanted to attend. There are still frequent teacher absences (including once again on the day of Plaintiffs' visit) that upend the educational schedule.[3]

---

[1] In its portion of the report, IDJJ continues to tout IYC Warrenville staff's "compliance" with the Remedial Plan's bare staffing ratios as evidence that it is providing adequate education. These ratios set forth a bare minimum, and the Court has long recognized that meeting them does not by itself equate to compliance with the Consent Decree's educational requirements. Indeed, IYC Warrenville was within these ratios when the Court granted Plaintiffs' Motion to Enforce, and throughout the period the Monitor has deemed the facility out of compliance with various aspects of the Remedial Plan. *See* Dkt. 357-58, 361, 376

[2] The Department's section of this Report also mentions disruptions due to a youth with serious mental health issues. Plaintiffs' counsel reached out to the Mental Health Monitors about this youth, and understand that the Monitors and IDJJ mental health staff will be conferring about her.

[3] The Remedial Plan also required the development of a substitute teacher policy "to minimize the impact of teacher absences on instruction in schools" (Dkt. 269 at 5 (§ III.4)), which is yet another reason why meeting the "ratios" is insufficient for compliance.

Moreover, the use of special education teachers as general education teachers, and the lack of teacher coverage for all academic subjects, have led to a triage approach where students are not instructed in differentiated academic subjects, but rather shuttled from room to room working on the same Connexus-based curriculum in multiple locations. The facility just launched a single CTE offering, but the absence of a CTE teacher has undoubtedly stood in the way of arranging a full complement of required CTE offerings for youth. As a result, it is still essential that IDJJ fill the remaining teacher vacancies it has itself identified so it can provide a full complement of academic subjects consistently to all youth in the facility.

IDJJ's recent staffing reports show the bulk of the delay in filling open positions is attributable to administrative requirements that appear both puzzlingly arbitrary and unevenly applied across positions. The open Social Studies teacher vacancy, for example, remains stalled at the same administrative stage for over *seven months* (awaiting "CMS approval to post") after one candidate refused an interview. *See* Dkt. 380-81, 384, 392, 396, 398, 401. Warrenville's open CTE educator position remained similarly stalled at various points over a period of months (though not for as long a period as the Social Studies position), and has remained mired in CMS "review" steps after an applicant refused an interview in or around October 2022. *See* Dkt. 396, 398, 401

There is simply no reasonable basis for such an extended delay in merely *posting* for a sorely needed teacher position, particularly when the relevant material has already been approved and used for another candidate. If a position posting was appropriate in July, it should be appropriate to repost in August. Yet entire cohorts of youth enter and leave the Warrenville facility over the many months IDJJ and CMS "review interview questions" that should have already been developed, and contemplate desired "qualifications" for candidates that should already have been vetted and agreed upon many times over.

8

Dated: March 1, 2023						Respectfully submitted,

/s/ Michael T. Dierkes						/s/ Kevin M. Fee

| | |
|---|---|
| Michael T. Dierkes<br>OFFICE OF THE ILLINOIS ATTORNEY GENERAL<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601<br>(312) 814-3672<br>*Counsel for Defendant* | Camille E. Bennett<br>Kevin M. Fee<br>Allyson M. Bain<br>ROGER BALDWIN FOUNDATION OF ACLU, INC.<br>150 North Michigan Avenue, Suite 600<br>Chicago, Illinois 60601<br>(312) 201-9740<br>*Counsel for Plaintiffs*<br><br>Joseph R. Dosch<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br>*Counsel for Plaintiffs*<br><br>Olga Pribyl<br>Rachel Shapiro<br>EQUIP FOR EQUALITY<br>20 N. Michigan Ave., Suite 300<br>Chicago, Illinois 60602<br>(312) 895-7321<br>*Counsel for the Special Education Subclass* |